# Exhibit 3

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Notice to Revoke or Suspend License and/or Impose a Civil Fine**

In the matter of License Number   4-55-045-02-5E-08677 _____ , as a/an   dealer, including pawnbroker, in firearms other than

destructive devices _____   issued to:

Name and Address of Licensee  *(Show number, street, city, State and ZIP Code)*

Uncle Sam's Loans Inc.
200 Main Street
Main, West Virginia 25635

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

☑ The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

☐ The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

☐ The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at   600 Dr. Martin Luther King Jr. Place, Suite 500, Louisville, KY 40202 _____ , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license.  The request must be received at the above address within 15 days of your receipt of this notice.  Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

☑ Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 06/07/2016 | Adam P. Rogers, Director, Industry Operations | |

I certify that on the date shown below I served the above notice on the person identified below by:

☑ Certified mail to the address shown below.
Tracking Number:  7013 3020 0001 3393 8070            *or*            ☐ Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| | Print Name and Title of Person Served | Signature of Person Served |

Address Where Notice Served



EXHIBIT 1

n 4500(5300.4)
September 2014

ATF Form 4500, Notice of Revocation of License

Appendix A

1.

<u>Transferee          Date</u>

Transfers to Shane Noel on 7/10/2009; 9/15/2009; 11/11/2009; 7/19/2010; 7/30/2010; 12/11/2010; 12/13/2010; 12/21/2010; 3/14/2011; 11/18/2011

2.

| <u>Record</u> | <u>Falsified Statement or Representation</u> |
|---|---|
| Transfers on ATF Forms 4473 to Shane Noel: | |
| 7/10/2009 | Item 34 |
| 9/15/2009 | Item 34 |
| 11/11/2009 | Item 34 |
| 7/19/2010 | Item 34 |
| 7/30/2010 | Item 34 |
| 12/11/2010 | Item 34 |
| 12/13/2010 | Item 34 |
| 12/21/2010 | Item 34 |
| 3/14/2011 | Item 34 |
| 11/18/2011 | Item 34 |
| | |
| Transfers on ATF Form 4473 to Brian West | |
| 5/7/2012 | Item 34 |
| 6/2/2012 | Item 34 |
| 1/12/2013 | Item 34 |
| 2/15/2013 | Item 34 |
| 2/22/2013 | Item 34 |
| 3/8/2013 | Item 34 |
| 3/22/2013 | Item 34 |

## EXPLANATION OF THE HEARING PROCESS



### Hearings

A determination has been made to deny your original or renewal application for a Federal firearms license or to revoke your existing Federal firearms license.

As indicated on the enclosed form, you have the right to request a hearing. This brochure provides general guidance and an overview of the hearing process for industry members that may assist you in making a decision to request a hearing, and to appropriately prepare for a hearing should you request one.

### Background

The Gun Control Act of 1968 and its implementing regulations specify certain licensing requirements for those intending to engage in a firearms business.

ATF is authorized to deny a license when an inspection reveals the applicant is not qualified to receive or not qualified to continue to hold the license. ATF may also revoke a license when it is determined that a current licensee is no longer eligible to continue licensed operations.

### Your Rights

ATF has made one of the above determinations in your case, issuing you either a Notice of Denial or a Notice of Revocation of License. You have the right to request a hearing to review the proposed denial or revocation action found in the notice you received. This is done by submitting written notification to the Director, Industry Operations (DIO) who issued your Notice. Timeliness is important. *You only have 15 days from your receipt of the Notice to request a hearing.*

Although you may hire an attorney, it is not required, although it may be in your interest to do so. That is your option.

### Hearing Overview

If you submit a letter requesting a hearing to the DIO in time, the DIO or his/her representative will begin to make arrangements for the hearing. The date and time of the hearing will be set by ATF, but you will be consulted as to your availability. ATF will also notify you of the location of the hearing, taking into consideration convenience to you and the availability of government office space that is close to you to conduct the hearing. Once the date, time, and place are set, you will be notified in writing (via certified mail, return receipt requested).

*NOTE:* Under no circumstances will you, your representative, or witnesses be permitted to bring firearms or any other

**1**

## EXPLANATION OF THE HEARING PROCESS

Both parties have the right to question all witnesses. The party calling a witness shall have the right to re-direct examination of the witness. You should need no legal training to state your case. The most important consideration is that both parties –you and the government – are given a chance to fully explain the findings and violations disclosed during the application inspection or compliance inspection.

When the hearing officer is satisfied all evidence and arguments have been fully presented by the parties, the hearing officer will advise you that the DIO will make a decision in the matter and will notify you of the final decision in writing.

Following completion of the hearing, the hearing officer prepares a factual report summarizing the proceedings. This report will be forwarded to the DIO, who makes the denial or revocation decision for ATF.

A license may be denied based on your failure to satisfy licensing requirements, or based on past willful violations.

Generally speaking, ATF will cite willful violations as the basis for revocation cases. Willful violations are those violations meeting the statutory requirement for denial or revocation. "Willfulness," as defined by the courts means the purposeful disregard of a known legal duty, or plain indifference to a licensee's legal obligation. ATF is <u>not</u> required to prove you *intended* to violate the law, only that you knew your legal obligation as a licensee, and you purposefully disregarded this obligation or were plainly indifferent to your obligation.

If, after review of the entire record, you failed to satisfy licensing requirements, or willful violations are found, the DIO may issue a final notice of denial or revocation, which will be sent to you via certified mail.

If you are not satisfied with the final decision of the DIO, you may appeal the decision to Federal district court within 60 days. The hearing proceedings may become part of the review.

# JAMES M. CAGLE
Attorney at Law
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia 25301
Email: caglelaw@aol.com
Phone: (304) 342-3174
Fax: (304) 342-0448

June 15, 2016

Via Certified Mail
Via Fax (502) 753-3401
and Email to LouisDiv@atf.gov

Adam P. Rogers, DIO
Bureau of Alcohol Tobacco Forearms and Explosives
600 Dr. Martin Luther King Jr. Place, Suite 500
Louisville, Kentucky 40202

Re:     *Request for Hearing*
        *Uncle Sam's Loans, Inc and*
        *Roger & Dorothy Louise Muncy*
        *In the matter of License Number 4-55-045-5E-08677*

Mr. Rogers:

   I hereby request a hearing in the above referenced matter on behalf of my client Uncle Sam's Loans, Inc. In response to your Notice to Revoke or Suspend License and/or Impose a Civil Fine. I request your cooperation in scheduling this hearing. There are a number of potential witnesses.

Sincerely,

James M. Cagle

JMC/wlc
cc:     Attn: Roger & Dorothy Louise Muncy
        Uncle Sam's Loans Inc.



# JAMES M. CAGLE

Attorney at Law
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia 25301
Email: caglelaw@aol.com
Phone: (304) 342-3174
Fax: (304) 342-0448

August 3, 2016

Bureau of ATF
ATTN: DIO
600 Dr. Martin Luther King, Jr. Place, Suite 500
Louisville, KY 40202

*Re:*   *Uncle Sams Loans, Inc.,*
        *FFL#4-55-045-5E-08677*

Dear Mr. Roberts:

    Enclosed please find the signed confirmation sheet regarding the hearing on Tuesday, September 13, 2016 at 10:00a.m. at the Charleston Field Office.

Sincerely,

James M. Cagle

JMC/maj
Enclosure
cc:    Uncle Sams Loans, Inc.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☐ Addressee  B. Received by (Printed Name)  Melissa Dale  C. Date of Delivery  8/1/16  D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:  James Cagle  Attorney  1018 Kanawha Blvd, East  Charleston, WV 25301 | |
| | 3. Service Type  ☒ Certified Mail   ☐ Priority Mail Express™  ☐ Registered   ☐ Return Receipt for Merchandise  ☐ Insured Mail   ☐ Collect on Delivery  4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7013 3020 0001 3393 7714 |

PS Form 3811, July 2013         Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

$ 000.01   JUL 28 2016

| Certified Fee | 3.30 | Postmark Here |
|---|---|---|
| Return Receipt Fee (Endorsement Required) | 2.70 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.46 | |

Sent To  James Cagle, Atty, Uncle Sams Loan
Street, Apt. No.; or PO Box No.  1018 Kanawha Blvd East
City, State, ZIP+4  Charleston, WV 25301

7013 3020 0001 3393 7714

PS Form 3800, August 2006        See Reverse for Instructions

the time of the offense, defendant STEVEN ADKINS was an employee of Uncle Sam's but was not a federal firearms licensee.

2.   Specifically, defendant STEVEN ADKINS directed the Known Person to state and certify on a Form 4473, Federal Firearms Transaction Record, that the Known Person was the actual transferee/buyer of five firearms and also that the Known Person was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or other controlled substance. In fact, however, the Known Person was not the actual transferee/buyer of the five firearms, and the Known Person was an unlawful user of and addicted to opiate pills, a controlled substance and a narcotic.

3.   At the time that the foregoing false statements and representations were made on the Form 4473, both defendant STEVEN ADKINS and the Known Person knew that those statements and representations were false.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
    ERIK S. GOES
    Assistant United States Attorney

Gregory Campbell
February 17, 2016                    Re: Steven Adkins
Page 2


    (c)  A term of supervised release of 3 years;

    (d)  A mandatory special assessment of $100 pursuant to 18
        U.S.C. § 3013; and

    (e)  An order of restitution pursuant to 18 U.S.C. §§ 3663 and
        3664, or as otherwise set forth in this plea agreement.

    4.  **SPECIAL ASSESSMENT.**  Prior to the entry of a plea pursuant to this plea agreement, Mr. Adkins will tender a check or money order to the Clerk of the United States District Court for $100, which check or money order shall indicate on its face the name of defendant and the case number.  The sum received by the Clerk will be applied toward the special assessment imposed by the Court at sentencing.  Mr. Adkins will obtain a receipt of payment from the Clerk and will tender a copy of such receipt to the United States, to be filed with the Court as an attachment to this plea agreement.  If Mr. Adkins fails to provide proof of payment of the special assessment prior to or at the plea proceeding, the United States will have the right to void this plea agreement.  In the event this plea agreement becomes void after payment of the special assessment, such sum shall be promptly returned to Mr. Adkins.

    5.  **PAYMENT OF MONETARY PENALTIES.**  Mr. Adkins agrees not to object to the District Court ordering all monetary penalties (including the special assessment, fine, court costs, and any restitution that does not exceed the amount set forth in this plea agreement) to be due and payable in full immediately and subject to immediate enforcement by the United States.  So long as the monetary penalties are ordered to be due and payable in full immediately, Mr. Adkins further agrees not to object to the District Court imposing any schedule of payments as merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.

    6.  **COOPERATION.**  Mr. Adkins will be forthright and truthful with this office and other law enforcement agencies with regard to

_SCA_
————————————
Defendant's
Initials

Gregory Campbell
February 17, 2016                    Re: Steven Adkins
Page 4


or of any of his witnesses, or in rebuttal of any testimony introduced
by him or on his behalf. Mr. Adkins knowingly and voluntarily waives,
see United States v. Mezzanatto, 513 U.S. 196 (1995), any right he
has pursuant to Fed. R. Evid. 410 that would prohibit such use of
the Stipulation of Facts.  If the Court does not accept the plea
agreement through no fault of the defendant, or the Court declares
the agreement void due to a breach of its terms by the United States,
the Stipulation of Facts cannot be used by the United States.

   The United States and Mr. Adkins understand and acknowledge that
the Court is not bound by the Stipulation of Facts and that if some
or all of the Stipulation of Facts is not accepted by the Court, the
parties will not have the right to withdraw from the plea agreement.

   10.  **AGREEMENT ON SENTENCING GUIDELINES.** Based on the foregoing
Stipulation of Facts, the United States and Mr. Adkins agree that
the following provisions of the United States Sentencing Guidelines
apply to this case.

   USSG §2K2.1(a)(7)

   Base offense level                    12

   §2K2.1(b)(1)(C)
   25-99 additional firearms             +6

   The United States and Mr. Adkins do not agree on whether an
adjustment under §3B1.1(a) for an aggravating role is applicable and
agree to submit this adjustment to the Court for its consideration.

   The United States and Mr. Adkins acknowledge and understand that
the Court and the Probation Office are not bound by the parties'
calculation of the United States Sentencing Guidelines set forth
above and that the parties shall not have the right to withdraw from
the plea agreement due to a disagreement with the Court's calculation
of the appropriate guideline range.


                                        Defendant's
                                        Initials

Gregory Campbell
February 17, 2016                    Re: Steven Adkins
Page 6


representations or promises as to a specific sentence.  The United
States reserves the right to:

    (a)   Inform the Probation Office and the Court of all relevant
        facts and conduct;

    (b)   Present evidence and argument relevant to the factors
        enumerated in 18 U.S.C. § 3553(a);

    (c)   Respond to questions raised by the Court;

    (d)   Correct inaccuracies or inadequacies in the presentence
        report;

    (e)   Respond to statements made to the Court by or on behalf
        of Mr. Adkins;

    (f)   Advise the Court concerning the nature and extent of Mr.
        Adkins' cooperation; and

    (g)   Address the Court regarding the issue of Mr. Adkins'
        acceptance of responsibility.

    14.  **VOIDING OF AGREEMENT**.  If either the United States or Mr.
Adkins violates the terms of this agreement, the other party will
have the right to void this agreement. If the Court refuses to accept
this agreement, it shall be void.

    15.  **ENTIRETY OF AGREEMENT**.  This written agreement
constitutes the entire agreement between the United States and Mr.
Adkins  in this matter.  There are no agreements, understandings or
recommendations as to any other pending or future charges against
Mr. Adkins in any Court other than the United States District Court
for the Southern District of West Virginia.


_____
Defendant's
Initials

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL NO.  2:15-00245
                            18 U.S.C. § 924(a)(1)(A)
                            18 U.S.C. § 2(a)
STEVEN ADKINS
    AKA "NOODLE"

### STIPULATION OF FACTS

The United States and Steven Adkins (hereinafter "Mr. Adkins") stipulate and agree that the facts comprising the offense of conviction in the single-count Indictment in the Southern District of West Virginia and the relevant conduct for that offense, include the following:

#### Background

At all relevant times, Mr. Adkins worked at Uncle Sam's Loans, Inc., ("Uncle Sam's") a gun and pawn shop located in Man, Logan County, West Virginia, within the Southern District of West Virginia. Uncle Sam's Loans was a firearms dealer licensed under Chapter 44 of Title 18, United States Code. Mr. Adkins was not a licensed dealer of firearms, nor was he listed on the Uncle Sam's Loans Federal Firearms License as a "responsible person" within the meaning of Chapter 44 of Title 18, United States Code.

Beginning in approximately late-2009 through at least late-2011, Mr. Adkins enlisted the aid of a person known to the grand jury (the "Known Person") in illegally selling and otherwise transferring firearms owned by Uncle Sam's. Mr. Adkins accomplished these illegal sales and transfers by having the Known Person make false statements and representations on Forms 4473, Federal Firearms Transaction Records. Uncle Sam's was required by Chapter 44 of Title 18, United States Code, to keep each Form 4473 and the information contained on the form as a record of a firearms transaction.

Defendant's
Initials

PLEA AGREEMENT EXHIBIT A

## Offense Conduct

On or about December 21, 2010, Mr. Adkins directed and induced the Known Person to conduct a straw purchase for five firearms, where the actual buyer/transferee was not the Known Person but was two other known persons ("First and Second Actual Transferee"). For this particular transaction, the Known Person, acting at Mr. Adkins' direction, filled out the appropriate sections of the Form 4473. The Known Person stated and certified on the form that he was the actual transferee/buyer and that he was not an unlawful user of, or addicted to, narcotic drugs or any other controlled substance.  At the time, both the Known Person and Mr. Adkins knew that these statements and representations were false.

The Form 4473 reflected the purchase of five firearms, that is, a Browning BAR rifle, .270 caliber, and four Smith & Wesson .500 caliber revolvers. Mr. Adkins also signed the Form 4473, certifying his belief that it was not unlawful to sell, deliver, transport, or otherwise dispose of the firearms listed on the form to the Known Person.

Instead of selling the five firearms to the Known Person, Mr. Adkins told the Known Person drive his vehicle behind Uncle Sam's, where Mr. Adkins and the Known Person loaded the five firearms into the vehicle. Mr. Adkins directed the Known Person to drive to a location where Mr. Adkins transferred the Smith & Wesson .500 revolvers to the First Actual Transferee.   Mr. Adkins was then driven by Known Person to the home of the Second Actual Transferee where Mr. Adkins entered the residence with the Browning BAR .270 caliber rifle.  Once inside, the Browning BAR .270 rifle was transferred to the Second Actual Transferee.

This Stipulation of Facts does not contain each and every fact known to Mr. Adkins and to the United States concerning his involvement and the involvement of others in the charges set forth in the Indictment, and is set forth for the limited purpose of establishing a factual basis for the defendant's guilty plea.

_SCA_
Defendant's
Initials

**PLEA AGREEMENT EXHIBIT A**

3

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0021

**Firearms Transaction Record Part I - Over-the-Counter**

(2-2)

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

Transferor's Transaction
Serial Number *(If any)*

27268

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| 1. Transferee's Full Name | | |
|---|---|---|
| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
| Noel | Shane | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cashion St | Mallory | Logan | WV | 25634 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 6 | 225 | Male ☒ | Month | Day | Year |
| Logan, WV | In. 5 | | Female ☐ | 8 | 17 | 1984 |

8. Social Security Number *(Optional, but will help prevent misidentification)*
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

9. Unique Personal Identification Number (UPIN) if applicable *(See Instructions for Question 9.)*

10. Race *(Ethnicity)* (Check one or more boxes. See Instructions for Question 10.)

☐ American Indian or Alaska Native   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino   ☐ Asian   ☒ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* **Exception:** If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ | ☒ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☒ United States of America  ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**


EXHIBIT 5

## Section D - Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| Brown | Bar | 311ZM01387 | Rifle | 270 |
| Smith Wessa | 500 | CPE5221 | Reodger | 500 |
| Smith Wessa | 500 | CNZ4638 | Revolver | 500 |
| Smith Wesson | 500 | CPF0161 | Revolver | 500 |
| Smith Wessa | 500 | CNZ3871 | Revolve | 500 |

Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)   FIVE

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☑ No

For Use by FFL (See Instructions for Question 30c.)

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.) | 32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.) |
|---|---|
| Uncle Sam's Loans, Inc.<br>200 Main Street<br>Man, West Virginia 25635 | 455-045-02-2E-08677 |

The Person Transferring The Firearm(s) Must Complete Questions 33-36.  For Denied/Cancelled Transactions,
The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Steven Adkins | | Clerk | 12/24/10 |

## NOTICES, INSTRUCTIONS AND DEFINITIONS

Purpose of the Form: The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and buyer's State.

After the seller has completed the firearms transaction, he or she must make a completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

Over-the-Counter Transaction: The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

State Laws and Published Ordinances: The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

Exportation of Firearms: The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

Question 1. Transferee's Full Name: The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

Page 3 of 6

y that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definiti
F Form 4473. I understand that answering "yes" to question 11.a. If I am not the actual buyer is a crime punishable as a felony und
d law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. thro
prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited fr
sing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or
statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felo
Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purp
le for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| ansferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| | 12-21-10 |

## Section B - Must Be Completed By Transferer (Seller)

| pe of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| Handgun ☐  Long Gun ☑  Other Firearm *(Frame, Receiver, etc.* (rifles or  *See Instructions for Question 18.)* shotguns) | Name of Event _____ |
| | City, State _____ |

| entification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)* | | Expiration Date of Identification *(if any)* |
|---|---|---|
| g Authority and Type of Identification | Number on Identification | Month  Day  Year |
| WDL | F/I232 | 8  17  2014 |

| lternate Documentation *(if driver's license or other identification document does not show current residence address)* |
|---|

| ll Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question* |
|---|
| ) of Document                      Date(s) of residence indicated on documents |

| onimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions* |
|---|
| n 20.d.) |

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| ate the transferee's identifying information in Section A was transmit- d to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month  Day  Year | |
| 12  21  2010 | IPTR-434 |

| ne response initially provided by NICS or the appropriate State ency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State age |
|---|---|
| ☑ Proceed    ☐ Delayed | ☐ Proceed _____ *(date)* |
| ☐ Denied       *[The firearm(s) may be transferred on* | ☐ Denied _____ *(date)* |
| ☐ Cancelled    _____ *(MDI date provided by NICS)* *if State law permits (optional)]* | ☐ Cancelled _____ *(date)* |
| | ☐ No resolution was provided within 3 business days. |

| Complete if applicable.)  After the firearm was transferred, the following response was received from NICS or the appropriate State agency |
|---|
| _____ *(date).*  ☐ Proceed   ☐ Denied   ☐ Cancelled |

| he name and Brady identification number of the NICS examiner *(Optional)* |
|---|
| _____ *(name)* _____ *(number)* |

| ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)* |
|---|

| ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as a |
|---|
| exemption to NICS *(See Instructions for Question 23.)* |

| g State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|

## Section C - Must Be Completed Personally By Transferee (Buyer)

ransfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must comp
C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*
y that my answers to the questions in Section A of this form are still true, correct and complete.

| ansferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | 12-21-10 |

ATF Form 4473 (5300.9) Part I
Revised August 2008

*(right margin partially cut off)*
26
Manufacturer and/
anufacturer and im
the FFL should

a. Total Number of

c. For Use by FFL

Co
Trade/corporate n
used.)

The Pe

ertify that my answ
ATF Form 4473. (
ed); (2) my verific
e to sell, deliver, tra
Transferor's/Selle

NOTICES,

pose of the Form:
igned so that a perso
he may lawfully sell
tion A, and to alert t
re the seller is licens
t determine the lawf
he transaction. Cons
visions of 18 U.S.C. =
etermining the lawfu
gun) to a resident of
licable State laws an
buyer's State.

r the seller has comp
completed, original A
permanent records.
rs. Filing may be ch
lerical *(by transactio
pleted Forms 4473 a
NIED/CANCELLED
firearm is denied/ca
sfer is not completed
in the ATF Form 447
3 with respect to whi
separately retained in
nsferee's certification)

ou or the buyer disco
properly completed af
ge 3 of 6

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0021

**Firearms Transaction Record Part I -**
**Over-the-Counter**   12-21

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

Transferor's Transaction Serial Number (If any)

27268

**Section A - Must Be Completed Personally By Transferee (Buyer)**

**1.** Transferee's Full Name

| Last Name | First Name | Middle Name (If no middle name, state "NMN") |
|---|---|---|
| Noel | Shane | Tyler |

**2.** Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cashion St | Mallory | Logan | WV | 25634 |

**3.** Place of Birth

| U.S. City and State -OR- | Foreign Country | **4.** Height Ft. 6 In. 5 | **5.** Weight (Lbs.) 225 | **6.** Gender Male X Female | **7.** Birth Date Month 8 Day 17 Year 1984 |
|---|---|---|---|---|---|
| Logan, WV | | | | | |

**8.** Social Security Number (Optional, but will help prevent misidentification)

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

**9.** Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.)

**10.** Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

- [ ] American Indian or Alaska Native
- [ ] Black or African American
- [ ] Native Hawaiian or Other Pacific Islander
- [ ] Hispanic or Latino
- [ ] Asian
- [X] White

**11.** Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| **a.** | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Instructions for Question 11.a.) *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | X | |
| **b.** | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | | X |
| **c.** | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | | X |
| **d.** | Are you a fugitive from justice? | | X |
| **e.** | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | | X |
| **f.** | Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | | X |
| **g.** | Have you been discharged from the Armed Forces under dishonorable conditions? | | X |
| **h.** | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | | X |
| **i.** | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | | X |
| **j.** | Have you ever renounced your United States citizenship? | | X |
| **k.** | Are you an alien illegally in the United States? | | X |
| **l.** | Are you a nonimmigrant alien? (See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | | X |
| **12.** | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | | X |

| **13.** What is your State of residence (if any)? (See Instructions for Question 13.) WV | **14.** What is your country of citizenship? (List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.) [X] United States of America [ ] Other (Specify) | **15.** If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|

Note: Previous Editions Are Obsolete

Page 1 of 6

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and the importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Browning | BAr | 311ZM01387 | Rifle | 270 |
| Smith Wesson | 500 | CPE5221 | Revolver | 500 |
| Smith Wesson | 500 | CNZ4638 | Revolver | 500 |
| Smith Wesson | 500 | CPF0161 | Revolver | 500 |
| Smith Wesson | 500 | CNZ3871 | Revolver | 500 |

A. Total Number of Firearms (Please handwrite by printing e.g., one, two, three. etc. Do not use numerals.)  FIVE

B. For Use by FFL (See Instructions for Question 30c.)

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes ☑ No

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (Seller) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

455-045-02-2E-08877

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the Day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Sean Pettus | | Clerk | 12/24/10 |

## NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after an ATF Form 4473 has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

Page 3 of 6

he or she is prohibited from receiving a firearm unless he or she falls ... an exception to the nonimmigrant alien prohibition. *(See Question and Exceptions to 11.1.)* If a nonimmigrant alien claims to fall within one ... exceptions by answering *"yes"* to question 12, he or she must provide ... licensee with documentation of the exception *(e.g., hunting license/permit; ...)*. If the documentation is a hunting license/permit, the licensee must ... sure it has not expired. An expired hunting license/permit does not ... for the exception. A licensee MUST complete and may attach a copy ... documentation to ATF Form 4473.

**EXCEPTION to 11.1.:** A nonimmigrant alien is not prohibited from purchas... receiving, or possessing a firearm if the alien: (1) is in possession of a ... license or permit lawfully issued in the United States; or (2) has ... a waiver from the prohibition from the Attorney General of the United ... *(See 18 U.S.C. § 922(y)(2) for additional exceptions.)* Persons subject ... of these exceptions should answer "yes" to questions 11.1. and 12 and ... a copy of the hunting license or letter granting the waiver, which must ... recorded in 20.d. If the Transferee (Buyer) answered "yes" to ... tion, the licensee MUST complete 20.d.

**Question 12. Exceptions to Nonimmigrant Alien Response:** If question ... is answered with a "no" response, then do NOT respond to question 12 ... proceed to question 13. If response is "yes," then licensee must complete ... tion 20.d., and may attach a copy.

**Question 13. State of Residence:** The State in which an individual resides. ... individual resides in a State if he or she is present in a State with the ... tion of making a home in that State. If an individual is a member of the ... Forces on active duty, his or her State of residence also is the State in ... his or her permanent duty station is located. An alien who is legally in ... States is a resident of a State only if the alien is residing in the State ... has resided in the State continuously for at least 90 days immediately ... to the date of sale or delivery of a firearm.

... you are a U.S. citizen with two States of residence, you should list your ... residence address in response to question 2 *(e.g., if you are buying a ... while staying at your weekend home in State X, you should list your ... ss in State X in response to question 2.)* If you are not a citizen of the ... States, you only have a State of residence if you have resided in a State ... 90 continuous days immediately prior to the date of this sale.

**Question 16. Certification Definition of Engaged in the Business:** Under ... U.S.C. § 922 (a)(1), it is unlawful for a person to engage in the business of ... ing in firearms without a license. A person is engaged in the business of ... ing in firearms if he or she devotes time, attention, and labor to dealing in ... rms as a regular course of trade or business with the principal objective of ... lihood and profit through the repetitive purchase and resale of firearms. A ... se is not required of a person who only makes occasional sales, ... anges, or purchases of firearms for the enhancement of a personal ... ection or for a hobby, or who sells all or part of his or her personal ... ection of firearms.

**Section B**

**... tion 18. Type of Firearm(s):** Check all boxes that apply. "Other" ... s to frames, receivers and other firearms that are not either handguns or ... guns (rifles or shotguns), such as firearms having a pistol grip that expel ... gun shell, or National Firearms Act (NFA) firearms.

... rame or receiver can only be made into a long gun *(rifle or shotgun)*, it is ... tried by ... a frame or receiver not a handgun or long gun. However, they still are ... arms" by definition, and subject to the same GCA limitations as any other ... rms. See Section 921(a)(3)(b). 18 U.S.C. Section 922(b)(1) makes it ... wful for a licensee to sell any firearm other than a shotgun or rifle to any ... on under the age of 21. Since a frame or receiver for a firearm, to include ... that can only be made into a long gun, is a "firearm other than a shotgun ... ifle," it cannot be transferred to anyone under the age of 21. Also, note ... multiple sales forms are not required for frames or receivers of any ... rms, or pistol grip shotguns, since they are not "pistols or revolvers" ... r Section 923(g)(3)(a).

**Question 19. Gun Shows:** If sale at gun show or other qualifying event ... stored by any national, State, or local organization, as authorized by

27 CFR § 478.100, the seller must record the name of event and the location *(city and State)* of the sale in question 19.

**Question 20. Identification:** List issuing authority *(e.g., State, County or Municipality)* and type of identification presented *(e.g., Virginia driver's license (VA DL), or other valid government-issued identification)*.

**Know Your Customer:** Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. The buyer must provide a valid government-issued photo identification to the seller that contains the buyer's name, residence address, and date of birth. The licensee must record the type, identification number, and expiration date *(if any)* of the identification in question 20.a. A driver's license or an identification card issued by a State in place of a license is acceptable. Social Security cards are not acceptable because no address, date of birth, or photograph is shown on the cards. A combination of government-issued documents may be provided. For example, if a U.S. citizen has two States of residence and is trying to buy a handgun in State X, he may provide a driver's license *(showing his name, date of birth, and photograph)* issued by State Y and another government-issued document *(such as a tax document)* from State X showing his residence address. If the buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his or her permanent duty station is located, but he or she has a driver's license from another State, you should list the buyer's military identification card and official orders showing where his or her permanent duty station is located in response to question 20.a.

**Question 20.b. Alternate Documentation:** Licensees may accept a combination of valid government-issued documents to satisfy the identification document requirements of the law. The required valid government-issued photo identification document bearing the name, photograph, and date of birth of transferee may be supplemented by another valid, government-issued document showing the transferee's residence address. This alternate documentation should be recorded in question 20.b, with issuing authority and type of identification presented. A combination of government-issued documents may be provided. For example, if a U.S. citizen has two States of residence and is trying to buy a handgun in State X, he may provide a driver's license *(showing his name, date of birth, and photograph)* issued by State Y and another government-issued document *(such as a tax document)* from State X showing his residence address.

**Question 20.c. Documentation for All Aliens:**

**Sale of Firearms to Legal Aliens:** A buyer who is not a citizen of the United States must provide additional documentation *(beyond a valid government-issued photo identification that contains the buyer's name, residence address, and date of birth)* to establish that he or she has resided in a State continuously for at least 90 days immediately prior to the date of the sale. *(See Question 13.)* Examples of appropriate documents to establish State residency are utility bills from each of the last 3 months immediately prior to the sale or a lease agreement that demonstrates 90 days of residency immediately prior to the sale. A licensee may attach a copy of the documentation to ATF Form 4473, rather than record the type of documentation in question 20.c. Acceptable documentation to prove 90-day continuous residency must be original documentation *(e.g. utility bills, current bank statements, rent receipts, mortgage payments, lease agreements, personal property tax bills, documents issued by Federal, State, or local government agencies, first-class mail issued by government agency, insurance policies, or bill with current address or major credit card bill)*.

**Question 20.d. Documentation for Nonimmigrant Aliens:** See instructions for Question 11.1. Types of acceptable documents would include a valid State-issued hunting license or a letter from the U.S. Attorney General granting a waiver.

**Question(s) 21, 22, 23, NICS BACKGROUND CHECKS:** 18 U.S.C. § 922(t) requires that prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer, or dealer must first contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system finds any information that the purchase is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include contacts to State agencies designated to conduct NICS checks for the Federal Government. **WARNING:** Any seller who transfers a firearm to any person they know or have reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law, even if the seller has complied with the background check requirements of the Brady law.



y that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions
F Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony un
d law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. thr
prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited f
using or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or
statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felo
Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the pur
le for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| ansferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *signature* | 12-21-10 |

## Section B - Must Be Completed By Transferor (Seller)

pe of firearm(s) to be transferred (check or mark all that apply):  |  19. If sale at a gun show or other qualifying event.

[ ] Handgun  [X] Long Gun  [ ] Other Firearm (Frame, Receiver, etc.)      Name of Event _____
(rifles and
shotguns)      See Instructions for Question 18.)    City, State _____

entification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification) (See Instructions for Question 20.a.)

| Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| MDL | F111232 | 8 | 17 | 2014 |

lternate Documentation (if driver's license or other identification document does not show current residence address)

l Aliens: Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question
) of Document                                           Date(s) of residence indicated on documents

onimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instruction
n 20.d.)

| Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 21, 22 and 23.) |
|---|
| ate the transferee's identifying information in Section A was transmit-  | 21b. The NICS or State transaction number (if provided) was: |
| d to NICS or the appropriate State agency: (Month/Day/Year) | |

| Month | Day | Year | |
|---|---|---|---|
| 12 | 21 | 2010 | 1PTR-434 |

| se response initially provided by NICS or the appropriate State | 21d. If initial NICS or State response was "Delayed," the following |
|---|---|
| ency was: | response was received from NICS or the appropriate State age |
| [X] Proceed  [ ] Delayed | [ ] Proceed _____ (date) |
| [ ] Denied  [The firearm(s) may be transferred on | [ ] Denied _____ (date) |
| [ ] Cancelled  [MDI date provided by NICS) | [ ] Cancelled _____ (date) |
| if State law permits (optional)] | [ ] No resolution was provided within 3 business days. |

Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency
_____ (date)  [ ] Proceed  [ ] Denied  [ ] Cancelled

he name and Brady identification number of the NICS examiner (Optional)
_____ (name)              _____ (number)

[ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

[ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as
exemption to NICS (See Instructions for Question 23.)

| State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

ransfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must comp
n C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)
y that my answers to the questions in Section A of this form are still true, correct and complete.

| ansferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *signature* | 12-21-10 |

of 6

Transferor (Seller) Continue to Next Page                  ATF Form 4473 (5300.9) Part I
STAPLE IF PAGES BECOME SEPARATED                           Revised August 2008

of 3 of 6

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -
Over-the-Counter**    7-10  *Paul*

Transferor's Transaction
Serial Number *(If any)*
6434

24734

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Noel | Irene | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| Lots 32 & 33 BLK FWest | Mallory | Logan | WV | 25634 |

| 3. Place of Birth | | 4. Height | 5. Weight | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State | -OR- Foreign Country | Ft. 6 In. 4 | *(Lbs.)* 220 | Male ☐  Female ☒ | Month 8 | Day 17 | Year 1984 |
| Logan WV | | | | | | | |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

10. Race *(Ethnicity)* (Check one or more boxes. See Instructions for Question 10.)

| | | |
|---|---|---|
| ☐ American Indian or Alaska Native | ☐ Black or African American | ☐ Native Hawaiian or Other Pacific Islander |
| ☐ Hispanic or Latino | ☐ Asian | ☒ White |

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☒ United States of America  ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

Page 1 of 6

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

### Section D - Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| Remington | 870 | T 402872 V | Shotgun | 12 GA |
| | | | | |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)   ONE

30b. Is any part of this transaction a Pawn Redemption?   ☑ Yes  ☐ No

30c. For Use by FFL (See Instructions for Question 30c.)

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

Uncle Sams Loans
200 Main St
Man WV 25635

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

455-045-02-2E-08677

**The Person Transferring The Firearm(s) Must Complete Questions 33-36.  For Denied/Cancelled Transactions,
The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Steven Adkins | [signature] | [title] | 7/10/09 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Sherrie Neal* | 9-15-09 |

## Section B – Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☑ Handgun   ☐ Long Gun   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* (rifles or shotguns) | Name of Event _____ <br> City, State _____ |

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WVDL | F111232 | 08 | 17 | 2014 |

**20b.** Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

**20c.** All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements).* *(See Instructions for Question 20.c.)*
Type(s) of Document | Date(s) of residence indicated on documents

**20d.** Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 09   Day 15   Year 2009 | IFMC-OYP |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed   ☐ Delayed <br> ☐ Denied   *[The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)]* <br> ☐ Cancelled | ☐ Proceed _____ *(date)* <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*
LANA *(name)*        1349 *(number)*

**22.** ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

**23.** ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C – Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*
I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *Sherrie Neal* | 9-15-09 |

Transferor (Seller) Continue to Next Page <br> STAPLE IF PAGES BECOME SEPARATED        ATF Form 4473 (5300.9) Part I <br> Revised August 2008

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -**
**Over-the-Counter**

11-11

Transferor's Transaction
Serial Number *(If any)*

25180

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Noel | Shane | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cushion Street | Mallory | Logan | WV | 25634 |

3. Place of Birth

| U.S. City and State   -OR-   | Foreign Country | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date |
|---|---|---|---|---|---|

Logan WV

4. Ft. 6  In. 5
5. (Lbs.) 230
6. Male ☒  Female ☐
7. Month 8  Day 17  Year 1984

8. Social Security Number *(Optional, but will help prevent misidentification)*

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

9. Unique Personal Identification Number *(UPIN) if applicable (See Instructions for Question 9.)*

10. Race *(Ethnicity) (Check one or more boxes. See Instructions for Question 10.)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☒ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13.* | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13.* | ☒ | ☒ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☒ United States of America   ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

Page 1 of 6

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| BERETTA | PX4 | PY 45476 | Pistol | 40 Ca |
| | | | | |
| | | | | |
| | | | | |

| 30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.) One | 30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☑ No |
|---|---|

30c. For Use by FFL (See Instructions for Question 30c.)

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.) | 32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.) |
|---|---|
| Uncle Sam's Loans, Inc.<br>200 Main Street<br>Man, West Virginia 25635 | 455-045-02-2E-08677 |

### The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Alice Blair | Alice Blair | Clerk | 11-11-09 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I

...tify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions ...TF Form 4473. I understand that answering "yes" to question 11.a. is not the actual buyer is a crime punishable as a felony under ...ral law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through ... is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from ...chasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or ...ten statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony ...er Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose ...esale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *[signature]* | X 7-19-10 |

| Section B - Must Be Completed By Transferor (Seller) | |
|---|---|
| Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at gun show or other qualifying event. |
| ☑ Handgun  ☐ Long Gun  ☐ Other Firearm (Frame, Receiver, etc.) See Instructions for Question 18.) (rifles or shotguns) | Name of Event _____ <br> City, State _____ |

. Identification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)

| ...ing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WV DL | F111232 | 8 | 17 | 2014 |

. Alternate Documentation (if driver's license or other identification document does not show current residence address)

| All Aliens: Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question 20.c.) | |
|---|---|
| ...e(s) of Document | Date(s) of residence indicated on documents |

. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instructions for ...stion 20.d.)

| Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 21, 22 and 23.) | |
|---|---|
| . Date the transferee's identifying information in Section A was transmit- ted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
| Month 7  Day 19  Year 2010 | ILL3-COZ |
| . The response initially provided by NICS or the appropriate State agency was: <br> ☑ Proceed  ☐ Delayed <br> ☐ Denied  [The firearm(s) may be transferred on <br> ☐ Cancelled  _____ (MDI date provided by NICS) if State law permits (optional)] | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: <br> ☐ Proceed _____ (date) <br> ☐ Denied _____ (date) <br> ☐ Cancelled _____ (date) <br> ☐ No resolution was provided within 3 business days. |

.. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ (date).  ☐ Proceed  ☐ Denied  ☐ Cancelled

.. The name and Brady identification number of the NICS examiner (Optional)

_____ (name)          _____ (number)

☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| ...ing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

| Section C - Must Be Completed Personally By Transferee (Buyer) | |
|---|---|
| ..the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete ...ction C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.) | |
| ...ertify that my answers to the questions in Section A of this form are still true, correct and complete. | |
| . Transferee's/Buyer's Signature | 25. Recertification Date |
| *[signature]* | X 7-19-10 |

| ...e 2 of 6 | Transferor (Seller) Continue to Next Page <br> STAPLE IF PAGES BECOME SEPARATED | ATF Form 4473 (5300.9) Part I <br> Revised August 2008 |

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -
Over-the-Counter**

7-30

| | Transferor's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | 66798 |
| | 26713 |
| Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | 26712 |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Noel | Shane | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cashron St | Mallory | Logan | WV | 25634 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Gender | ☑ 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 6 | | ☐ Male | Month | Day | Year |
| Logan WV | In. 5 | 225 | ☐ Female | 8 | 17 | 1784 |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number (UPIN) if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

- ☐ American Indian or Alaska Native
- ☐ Hispanic or Latino
- ☐ Black or African American
- ☐ Asian
- ☐ Native Hawaiian or Other Pacific Islander
- ☑ White

11. Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* **Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.** | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20d.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☑ Yes | ☒ No |

| 13. What is your State of residence (if any)? *(See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☑ United States of America ☐ Other (Specify) | |

Note: Previous Editions Are Obsolete
Page 1 of 6

**Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Beretta | Px4 | PY45476 | Pistol | 40 |
| | | | | |
| | | | | |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)  *One*

30b. Is any part of this transaction a Pawn Redemption?  [✓] Yes  [ ] No

30c. For Use by FFL (See Instructions for Question 30c.)

---

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

455-045-02-2E-08677

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Eric Allen | Eric Allen | Clerk | 7-30-10 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

Page 3 of 6

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

...rtify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions ... ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under ...eral law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through ...k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from ...rchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or ...tten statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony ...der Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose ...resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *[signature]* | *12-11-10* |

## Section B - Must Be Completed By Transferor (Seller)

| Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| [✓] Handgun  [ ] Long Gun  [ ] Other Firearm *(Frame, Receiver, etc.*  *(rifles or*  *See Instructions for Question 18.)*  *shotguns)* | Name of Event _____  City, State _____ |

...a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| ...uing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| *W V CDL* | *F 111 232* | *8* | *17* | *14* |

...b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

...c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)*

| ...pe(s) of Document | Date(s) of residence indicated on documents |
|---|---|
| | |

...d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for ...estion 20.d.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| ...a. Date the transferee's identifying information in Section A was transmit-ted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month *12*   Day *11*   Year *10* | *1P15 - FNW* |

| ...c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| [✓] Proceed   [ ] Delayed  [ ] Denied   *[The firearm(s) may be transferred on*  [ ] Cancelled   *_____ (MDI date provided by NICS)*  *if State law permits (optional)]* | [ ] Proceed _____ *(date)*  [ ] Denied _____ *(date)*  [ ] Cancelled _____ *(date)*  [ ] No resolution was provided within 3 business days. |

...e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ *(date).*   [ ] Proceed   [ ] Denied   [ ] Cancelled

...f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*   _____ *(number)*

[ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

[ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| ...suing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

...the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete ...ction C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

...ertify that my answers to the questions in Section A of this form are still true, correct, and complete.

| ...4. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *[signature]* | X *12-11-10* |

Transferor (Seller) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part I
Revised August 2008

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -
Over-the-Counter**

12-13

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | Transferor's Transaction Serial Number (If any) |
|---|---|
| Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | 27210 |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name (If no middle name, state "NMN") |
|---|---|---|
| Noel | Share | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cashion St | Mallory | Logan | WV | 25634 |

| 3. Place of Birth | | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State -OR- | Foreign Country | Ft. 6 | 225 | Male ☑ | Month | Day | Year |
| Logan WV | | In. 5 | | Female ☐ | 8 | 17 | 84 |

| 8. Social Security Number (Optional, but will help prevent misidentification) | 9. Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.) |
|---|---|
| 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 | |

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

☐ American Indian or Alaska Native      ☐ Black or African American      ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino                      ☐ Asian                            ☑ White

11. Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** (See Instructions for Question 11.a.) **Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.** | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you a nonimmigrant alien? (See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☑ | ☐ |

| 13. What is your State of residence (if any)? (See Instructions for Question 13.) | 14. What is your country of citizenship? (List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.) | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☑ United States of America    ☐ Other (Specify) | |

Note: Previous Editions Are Obsolete
Page 1 of 6

**Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| Smith Wesson | 460 | PR CPR0754 | Revolver | 46.0 |
| Smith Wesson | 500 | CPE5109 | Revolver | 500 |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.) *TWO*

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)

---

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

455-045-02-2E-08677

### The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33.  Transferor's/Seller's Name (Please print) | 34.  Transferor's/Seller's Signature | 35.  Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Steven Adkins | | Clerk | 12/3/10 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business.

ATF Form 4473 (5300.9) Part I
Revised August 2008

certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through purchasing or receiving a firearm, unless the person also answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| 6. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *[signature]* | 3-14-11 |

### Section B - Must Be Completed By Transferor (Seller)

| 8. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☑ Handgun   ☑ Long Gun (rifles or shotguns)   ☐ Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.) | Name of Event _____ <br> City, State _____ |

**20a. Identification** (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WV DL | F11232 | 8 | 17 | 2014 |

**20b. Alternate Documentation** (if driver's license or other identification document does not show current residence address)

_____

**20c. All Aliens:** Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)

| Type(s) of Document | Date(s) of residence indicated on documents |
|---|---|

**20d. Nonimmigrant Aliens Must Provide:** Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instructions for Question 20.d.)

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 21, 22 and 23.)

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 3  Day 14  Year 2011 | 1RWC-4DF |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed   ☐ Delayed <br> ☐ Denied   *[The firearm(s) may be transferred on* <br> ☐ Cancelled   _____ *(MDI date provided by NICS)* <br> *if State law permits (optional)]* | ☐ Proceed _____ (date) <br> ☐ Denied _____ (date) <br> ☐ Cancelled _____ (date) <br> ☐ No resolution was provided within 3 business days. |

**21e.** (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner (Optional)

| (name) | (number) |
|---|---|

☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|

### Section C - Must Be Completed Personally By Transferee (Buyer)

the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)

certify that my answers to the questions in Section A of this form are still true, correct and complete.

| Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *[signature]* | 3-14-11 |

| e 2 of 6 | Transferor (Seller) Continue to Next Page <br> STAPLE IF PAGES BECOME SEPARATED | ATF Form 4473 (5300.9) Part I <br> Revised August 2008 |
|---|---|---|

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-002

## Firearms Transaction Record Part I -
## Over-the-Counter

| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>**Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."** | Transferor's Transaction Serial Number *(If any)* |
|---|---|

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Noel | Shane | Tyler |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 37 Cushion St | Mallory | Logan | WV | 25634 |

| 3. Place of Birth | 4. Height | 5. Weight *(Lbs.)* | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 6 In. 5 | 225 | Male ☑ Female ☐ | Month 08 | Day 17 | Year 1984 |
| Logan WN | | | | | | |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

10. Race *(Ethnicity)* (Check one or more boxes. See Instructions for Question 10.)

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☑ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |

| 13. What is your State of residence *(if any)*? *(See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☑ United States of America<br>☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| *Colt* | *Defender* | *DR 43119* | *Pistol* | *45* |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*  *One*

30c. For Use by FFL *(See Instructions for Question 30c.)*

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes ☑ No

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)*

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)*

455-045-02-2E-08677

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,
The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| *Sherri Hawks* | x *Sherri Hawks* | | *3/14/11* |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections A and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

Page 3 of 6

ATF Form 4473 (5300.9) Part I
Revised August 2008

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16.)*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Shane Clark* | 11-18-11 |

| **Section B - Must Be Completed By Transferor (Seller)** | |
|---|---|

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or qualifying event. |
|---|---|
| ☐ Handgun  ☒ Long Gun *(rifles or shotguns)*  ☐ Other Firearm *(Frame, Receiver, etc.) See Instructions for Question 18.)* | Name of Event _____ City, State _____ |

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WV DL | F11232 | 8 | 17 | 2014 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)*
Type(s) of Document                                           Date(s) of residence indicated on documents

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

| **Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)* | |
|---|---|

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 11   Day 18   Year 2011 | 1K6D-44D |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed   ☐ Delayed   *[The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)]*  ☐ Denied  ☐ Cancelled | ☐ Proceed _____ (date) ☐ Denied _____ (date) ☐ Cancelled _____ (date) ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____                    _____
*(name)*                                      *(number)*

22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

| **Section C - Must Be Completed Personally By Transferee (Buyer)** | |
|---|---|

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Questions 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *Shane Clark* | 11-18-11 |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

Page 2 of 6

ATF Form 4473 (5300.9) Part I
Revised August 2008

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I - Over-the-Counter**

6-2

Transferor's Transaction Serial Number *(If any)*

29.545

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| West | Brian | Allen |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 103½ W 2nd St BW | Man | Logan | WV | 25635 |

3. Place of Birth: U.S. City and State: Man WV -OR- Foreign Country:
4. Height: Ft. 5 In. 4
5. Weight (Lbs.): 221
6. Gender: Male ☒ Female ☐
7. Birth Date: Month 04 Day 16 Year 1973

8. Social Security Number *(Optional, but will help prevent misidentification)*: 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
9. Unique Personal Identification Number (UPIN) if applicable

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)
☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
☒ White

11. Answer questions 11.a. through 11.l. and 12 by checking "yes" or "no".

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s)? | ☒ | ☐ |
| b. | Are you under indictment or information for a felony...? | ☐ | ☒ |
| c. | Have you ever been convicted of a felony...? | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana...? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective...? | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you...? | ☐ | ☒ |
| i. | Have you ever been convicted of a misdemeanor crime of domestic violence? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions...? | ☒ | ☐ |

13. What is your State of residence: WV
14. What is your country of citizenship? ☒ United States of America ☐ Other (Specify)
15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

EXHIBIT

| Section D - Must Be Completed By Transferor (Seller) | | | | |
|---|---|---|---|---|
| 26.<br>Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30.<br>Caliber or Gauge |
| Henry | Henry | CMTD0206 | Rifle | 22 |
| Browning | BAR | 311ZM 03330 | Rifle | 7mm |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.) *Two*

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☑ No

30c. For Use by FFL (See Instructions for Question 30c.)

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street   4-55-045-02-5E-08677
Man, West Virginia 25635

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,
The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Shawn Perkins | | | 6/21/ |

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Brian Quest* | 8-7-12 |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| [✓] Handgun  [✓] Long Gun *(rifles or shotguns)*  [ ] Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____  City, State _____ |

| 20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)* | | | | |
|---|---|---|---|---|
| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
| | | Month | Day | Year |
| WV DL | E620233 | 4 | 16 | 13 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 8  Day  Year 12 | 22M2-F2V |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| [✓] Proceed  [ ] Denied  [ ] Cancelled | [ ] Delayed *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]* | [ ] Proceed _____ *(date)*  [ ] Denied _____ *(date)*  [ ] Cancelled _____ *(date)*  [ ] No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date)*  [ ] Proceed  [ ] Denied  [ ] Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)* _____ *(number)*

22. [ ] No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

23. [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| ✗ *Brian Quest* | ✗ 8-7-12 |

**Transferor (Seller) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I - Over-the-Counter**

1-12

| | Transferor's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | |
| **Prepare in original only.** All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | 30560 |

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| West | Brian | Allen |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 10342 W 2nd St | man | Logan | WV | 25635 |

| 3. Place of Birth | | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State -OR- man WV | Foreign Country | Ft. 5 In. 4 | 221 | ☒ Male ☐ Female | Month 04 | Day 16 | Year 1923 |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

**10.a. Ethnicity**
☐ Hispanic or Latino
☒ Not Hispanic or Latino

**10.b. Race** *(Check one or more boxes.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☒ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* **Exception:** *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ | ☒ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☒ United States of America ☐ Other *(Specify)* | |

| Note: Previous Editions Are Obsolete | **Transferee (Buyer) Continue to Next Page** | ATF Form 4473 (5300.9) Part I |
|---|---|---|
| Page 1 of 6 | **STAPLE IF PAGES BECOME SEPARATED** | Revised April 2012 |

## Section D - Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| *Bushmaster* | *C15* | *CRB022445* | *RFL* | *223* |
| | | | | |
| | | | | |

| | |
|---|---|
| 30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three. etc. Do not use numerals.)* *One* | 30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☑ No |

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)* |
|---|---|
| Uncle Sam's Loans, Inc.<br>200 Main Street<br>Man, West Virginia 25635 | 4-55-045-02-5E-08677 |

### The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| *Steven Adkins* | *Steven Adkins* | *Manager* | *1-12-13* |

## NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for transactions where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate  form and make any necessary additions or revisions to the photocopy. You  only should make changes to Sections B and D. The buyer should only make changes to Sections A and C.  Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State and Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part I
Revised April 2012

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Brian avest* | 2-15-13 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☑ Handgun   ☐ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____  City, State _____ |

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WVDC | FL620233 | 04 | 16 | 2013 |

**20b. Alternate Documentation** *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

**20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide:** Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | | | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|---|---|
| Month | Day | Year | |
| 02 | 15 | 13 | 27XL-LL6 |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed   ☐ Delayed   ☐ Denied   ☐ Cancelled   *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS] if State law permits (optional)]* | ☐ Proceed _____ *(date)*  ☐ Denied _____ *(date)*  ☐ Cancelled _____ *(date)*  ☐ No resolution was provided within 3 business days. |

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*        _____ *(number)*

| 22. | ☐ | No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)* |
|---|---|---|

| 23. | ☐ | No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)* |
|---|---|---|

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *Brian avest* | X 12-15-13 |

**Transferor (Seller) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -
Over-the-Counter**   2-23

| Transferor's Transaction Serial Number *(If any)* |
|---|
| 30832 |

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| West | Brian | Allen |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 103½ 2nd St | man | Logan | WV | 25635 |

| 3. Place of Birth | | 4. Height | 5. Weight *(Lbs.)* | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State  **-OR-** | Foreign Country | Ft. 5 | 221 | ☒ Male | Month | Day | Year |
| man  wv | | In. 4 | | ☐ Female | 04 | 16 | 23 |

8. Social Security Number *(Optional, but will help prevent misidentification)*  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

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

| 10.a. Ethnicity | 10.b. Race *(Check one or more boxes.)* |
|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native   ☐ Black or African American   ☒ White |
| ☒ Not Hispanic or Latino | ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20c.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ ⊠ | ☐ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☒ United States of America   ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part I
Revised April 2012

## Section D – Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (see instructions for question 29)* | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| Kel tec | KSG | X2557 | Shotgun | 12 |
| Kel Tec | KSG | X0395 | Shotgun | 12 |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*

One

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes  ☑ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor *(seller)  (Hand stamp may be used.)*

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

Uncle Sam's Loans, Inc.
200 Main Street  4-55-045-02-5E-08677
Man, West Virginia 25635

### The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Sean Story | Sean Story | Clerk | 2-22-13 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The form of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part I
Revised April 2012

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16.)*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Brian West* | 3-12-13 |

| **Section B - Must Be Completed By Transferor (Seller)** | |
|---|---|
| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: <br> ☑ Handgun  ☐ Long Gun  ☐ Other Firearm *(Frame, Receiver, etc.)* <br> *(rifles or shotguns)*  *See Instructions for Question 18.)* | 19. If sale at a gun show or other qualifying event. <br> Name of Event _____ <br> City, State _____ |

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WV DL | E620233 | 4 | 16 | 2013 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

| **Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)* | |
|---|---|
| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* <br><br> Month 3   Day 2   Year 13 | 21b. The NICS or State transaction number *(if provided)* was: <br><br> 28FC-235 |
| 21c. The response initially provided by NICS or the appropriate State agency was: <br> ☐ Proceed  ☐ Delayed <br> ☐ Denied  *[The firearm(s) may be transferred on _____ (Missing Disposition* <br> ☐ Cancelled  *Information date provided by NICS) if State law permits (optional)]* | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: <br> ☐ Proceed _____ *(date)* <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*  ☐ Proceed  ☐ Denied  ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*   _____ *(number)*

22. ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

| **Section C - Must Be Completed Personally By Transferee (Buyer)** | |
|---|---|

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| X *Brian West* | X 3-2-13 |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I <br> Revised April 2012

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -
Over-the-Counter**

3-8

| | |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>**Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."** | Transferor's Transaction Serial Number *(If any)*<br><br>30932 |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| vest | Brian | Allen |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 10242 w 2nd St | man | Logan | W.V | 25635 |

| 3. Place of Birth<br>U.S. City and State    -OR-   Foreign Country | 4. Height<br>Ft. 5<br>In. 4 | 5. Weight *(Lbs.)*<br>221 | 6. Gender<br>☒ Male<br>☐ Female | 7. Birth Date<br>Month 04   Day 16   Year 1973 |
|---|---|---|---|---|
| man, W.V. | | | | |

| 8. Social Security Number *(Optional, but will help prevent misidentification)*<br>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 | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|

| 10.a. Ethnicity | 10.b. Race *(Check one or more boxes.)* | | |
|---|---|---|---|
| ☐ Hispanic or Latino<br>☒ Not Hispanic or Latino | ☐ American Indian or Alaska Native<br>☐ Asian | ☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander | ☒ White |

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ (crossed out) | ☒ (crossed out) |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)*<br>WV | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*<br>☒ United States of America<br>☐ Other *(Specify)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|

| Note: Previous Editions Are Obsolete<br>Page 1 of 6 | **Transferee (Buyer) Continue to Next Page**<br>**STAPLE IF PAGES BECOME SEPARATED** | ATF Form 4473 (5300.9) Part I<br>Revised April 2012 |
|---|---|---|

| Section D - Must Be Completed By Transferor (Seller) | | | | |
|---|---|---|---|---|
| 26.<br>Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30.<br>Caliber or Gauge |
| Glock | 22 | UPK277 | pistol | 40 |
| FNH | PS90 | FN080996 | Rifle | 5.7x28 |
| Ruger | SR22 | 361-10254 | pistol | 22 |
| Glock | 17 | UNB540 | pistol | 9 |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*

four

30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☑ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor *(seller)  (Hand stamp may be used.)*

**Uncle Sam's Loans, Inc.**
**200 Main Street  4-55-045-02-5E-08677**
**Man, West Virginia 25635**

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)*

---

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33.  Transferor's/Seller's Name *(Please print)* | 34.  Transferor's/Seller's Signature | 35.  Transferor's/Seller's Title | 36.  Date Transferred |
|---|---|---|---|
| Sean Story | Sean Story | Clerk | 3-8-13 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:**  The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms.  This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923.  The transferor must determine the lawfulness of the transaction and maintain proper records of the transaction.  Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478.  In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records.  Such Forms 4473 must be retained for at least 20 years.  Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner.  FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:  If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years.  Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy.  You  only should make changes to Sections B and D.  The buyer should only make changes to Sections A and C.  Whoever made the changes should initial and date the changes.  The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:**  The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises.  This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:**  The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:**  The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:**  The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete.  However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller.  Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part I
Revised April 2012

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Christine M. Deer* | 9-26-09 |

## Section B - Must Be Completed By Transferer (Seller)

18. Type of firearm(s) to be transferred *(check or mark all that apply)*:

[ ] Handgun   [✓] Long Gun   [ ] Other Firearm *(Frame, Receiver, etc.*
(rifles or     *See Instructions for Question 18.)*
shotguns)

19. If sale at a gun show or other qualifying event.

Name of Event _____

City, State _____

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

Issuing Authority and Type of Identification: WV DL

Number on Identification: E878395

Expiration Date of Identification *(if any)*

| Month | Day | Year |
|---|---|---|
| 5 | 6 | 2011 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)*
Type(s) of Document                    Date(s) of residence indicated on documents

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*

| Month | Day | Year |
|---|---|---|
| 9 | 26 | 09 |

21b. The NICS or State transaction number *(if provided)* was:

IFTR-5PY

21c. The response initially provided by NICS or the appropriate State agency was:

[✓] Proceed   [ ] Delayed
[ ] Denied    *[The firearm(s) may be transferred on*
[ ] Cancelled   *_____ (MDI date provided by NICS)*
              *if State law permits (optional)]*

21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:

[ ] Proceed _____ *(date)*
[ ] Denied _____ *(date)*
[ ] Cancelled _____ *(date)*
[ ] No resolution was provided within 3 business days.

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ *(date).* [ ] Proceed  [ ] Denied  [ ] Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*          _____ *(number)*

22. [ ] No NICS check was required because the transfer involved only NFA firearms(s). *(See Instructions for Question 22.)*

23. [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)*

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| X *Christine M. Deer* | X 9-26-09 |

Transferor (Seller) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part I
Revised August 2008

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record Part I - Over-the-Counter
11-13 *(handwritten)*

Transferor's Transaction
Serial Number *(If any)*
6 5300 *(handwritten)*

25190

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Deer | Christina | Michelle |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 107 Powell Drive | Man | Logan | WV | 25635 |

**3. Place of Birth**

U.S. City and State -OR- Foreign Country
Man W.V.

**4. Height** Ft. 5 In. 3

**5. Weight** *(Lbs.)* 140

**6. Gender** Male ☐ Female ☑

**7. Birth Date** Month 05 Day 06 Year 1971

**8. Social Security Number** *(Optional, but will help prevent misidentification)*
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

**9. Unique Personal Identification Number (UPIN)** if applicable *(See Instructions for Question 9.)*

**10. Race** *(Ethnicity)* *(Check one or more boxes. See Instructions for Question 10.)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20.d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ | ☒ |

**13.** What is your State of residence *(if any)? (See Instructions for Question 13.)*
W.V

**14.** What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*
☑ United States of America
☐ Other *(Specify)*

**15.** If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Mtzlr | 336CS | 09066605 | RFL | 30-30 |
| | | | | |
| | | | | |

| | |
|---|---|
| 30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc.  Do not use numerals.)  ONE | 30b. Is any part of this transaction a Pawn Redemption?  ☑ Yes ☐ No |

30c. For Use by FFL (See Instructions for Question 30c.)

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor (seller)  (Hand stamp may be used.) | 32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.) |
|---|---|
| Uncle Sam's Loans, Inc.<br>200 Main Street<br>Man, West Virginia 25635 | 455-045-02-2E-08677 |

### The Person Transferring The Firearm(s) Must Complete Questions 33-36.  For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Steven Hawkins | | Clerk | 11/7/09 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating:  (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Christina M. Miller Weir* | 1-21-10 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| [✓] Handgun   [ ] Long Gun   [ ] Other Firearm (Frame, Receiver, etc.) See Instructions for Question 18.) | Name of Event _____ City, State _____ |

**20a. Identification** (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| *WV DL* | *E878395* | 5 | 6 | 2011 |

20b. Alternate Documentation (if driver's license or other identification document does not show current residence address)

_____

20c. All Aliens: Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)

| Type(s) of Document | Date(s) of residence indicated on documents |
|---|---|

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instructions for Question 20.d.)

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 21, 22 and 23.)

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month: 1   Day: 21   Year: 2010 | *IHSF-PYI* |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| [✓] Proceed   [ ] Delayed [The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)] [ ] Denied [ ] Cancelled | [ ] Proceed _____ (date) [ ] Denied _____ (date) [ ] Cancelled _____ (date) [ ] No resolution was provided within 3 business days. |

21e. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ (date).   [ ] Proceed   [ ] Denied   [ ] Cancelled

21f. The name and Brady identification number of the NICS examiner (Optional)

_____ (name)        _____ (number)

22. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

23. [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *Christina M. Weir* | 1-21-10 |

(Transferor (Seller) Continue to Next Page   STAPLE IF PAGES BECOME SEPARATED   ATF Form 4473 (5300.9) Part I   Revised August 2008

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I -
Over-the-Counter**

11-4

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

Transferor's Transaction Serial Number (If any)

27030

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

Last Name: Deer
First Name: Christina
Middle Name (If no middle name, state "NMN"): M

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

Number and Street Address: 16 #3 Camp
City: Mallory
County: Logan
State: WV
ZIP Code: 28634

3. Place of Birth
U.S. City and State: Man W.V   -OR-   Foreign Country:

4. Height: Ft. 5 In. 3
5. Weight (Lbs.): 146
6. Gender: Male □  Female ☑
7. Birth Date: Month 5 Day 6 Year 71

8. Social Security Number (Optional, but will help prevent misidentification): 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
9. Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.)

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

□ American Indian or Alaska Native
□ Hispanic or Latino
□ Black or African American
□ Asian
□ Native Hawaiian or Other Pacific Islander
☑ White

11. Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☑ | |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | | ☑ |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | | ☑ |
| d. Are you a fugitive from justice? | | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | | ☑ |
| f. Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | | ☑ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | | ☑ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | | ☑ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | | ☑ |
| j. Have you ever renounced your United States citizenship? | | ☑ |
| k. Are you an alien illegally in the United States? | | ☑ |
| l. Are you a nonimmigrant alien? (See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | | ☑ |
| 12. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☒ | |

13. What is your State of residence (if any)? (See Instructions for Question 13.): WV
14. What is your country of citizenship? (List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.): ☑ United States of America  □ Other (Specify)
15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Marlin | 336CS | 09 0 666 05 | Rifle | 30.30 |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)   One

30b. Is any part of this transaction a Pawn Redemption?  ☑ Yes ☐ No

30c. For Use by FFL (See Instructions for Question 30c.)

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamping may be used.)

455-045-02-2E-08677

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Clifford Mullins | Clifford Mullins | Clerk | 11-4-10 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

Page 3 of 6

ATF Form 4473 (5300.9) Part I
Revised August 2008

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| | 2-4-10 |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred (check or mark all that apply): | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun   ☑ Long Gun (rifles or shotguns)   ☐ Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.) | Name of Event _____<br>City, State _____ |

20a. Identification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WV DL | 8435116 | 10 | 31 | 2014 |

20b. Alternate Documentation (if driver's license or other identification document does not show current residence address)

20c. All Aliens: Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)

| Type(s) of Document | Date(s) of residence indicated on documents |
|---|---|

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instructions for Question 20.d.)

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 21, 22 and 23.)

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year) | 21b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 2   Day 4   Year 2010 | 1JO9-VPT |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed   ☐ Delayed<br>☐ Denied   [The firearm(s) may be transferred on<br>☐ Cancelled   _____ (MDI date provided by NICS)<br>if State law permits (optional)] | ☐ Proceed _____ (date)<br>☐ Denied _____ (date)<br>☐ Cancelled _____ (date)<br>☐ No resolution was provided within 3 business days. |

21e. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner (Optional)

_____ (name)   _____ (number)

22.   ☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

23.   ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | 2-4-10 |

Transferor (Seller) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part 1
Revised August 2008

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -
Over-the-Counter**  3-33

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Transferor's Transaction
Serial Number *(If any)*

26311

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Ellic | Scott | Edward |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 127 River Drive | Logan | Logan | WV | 25601 |

3. Place of Birth
U.S. City and State   -OR-   Foreign Country
Logan WV

| 4. Height Ft. 5 In. 11 | 5. Weight (Lbs.) 235 | 6. Gender Male ☑ Female ☐ | 7. Birth Date Month 10 Day 31 Year 69 |
|---|---|---|---|

8. Social Security Number *(Optional, but will help prevent misidentification)*
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

9. Unique Personal Identification Number *(UPIN) if applicable (See Instructions for Question 9.)*

10. Race *(Ethnicity)* (Check one or more boxes. See Instructions for Question 10.)

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☑ White

11. Answer questions 11.a. *(see exceptions)* through 11.l and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. Are you an alien illegally in the United States? | ☐ | ☑ |
| l. Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* WV | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* ☑ United States of America  ☐ Other *(Specify)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|

Note: Previous Editions Are Obsolete

Transferee (Buyer) Continue to Next Page

ATF Form 4473 (5300.9) Part 1

| Section D - Must Be Completed By Transferor (Seller) | | | | |
|---|---|---|---|---|
| 26. Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30. Caliber or Gauge |
| Barrett | 98B | 98B00067 | Rifle | 338 |
| Ruger | M14 | 581 - 49943 | Rifle | 223 |
| Browning | Hi-Power | 511MP30438 | Pistol | 9mm |
| Kimber | Eclipse | K300867 | Pistol | 45 |
| Colt | M4 | BP035716 | Rifle | 223 |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*

FIVE

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes   ☒ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor *(seller) (Hand stamp may be used.)*

Uncle Sam's Loans, Inc
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)*

455-045-02-2E-06677

---

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A and Section C if the transfer does not occur on the day Section A was completed; (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Steven Adkins | X *(signature)* | Owner | 3/23/10 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

Purpose of the Form: The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

Over-the-Counter Transaction: The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

State Laws and Published Ordinances: The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

Exportation of Firearms: The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

Question 1. Transferee's Full Name: The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| | 1-7-09 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☑ Handgun   ☐ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____<br>City, State _____ |

| 20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)* | | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| Issuing Authority and Type of Identification | Number on Identification | Month | Day | Year |
| WI DL | E435 776 | 10 | 31 | 2014 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.*
Type(s) of Document                                        Date(s) of residence indicated on documents

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

| **Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)* |
|---|

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | | | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|---|---|
| Month | Day | Year | |
| 11 | 7 | 2009 | 1GF1-G9H |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency |
|---|---|
| ☑ Proceed   ☐ Delayed<br>☐ Denied   *[The firearm(s) may be transferred on*<br>☐ Cancelled   _____ *(MDI date provided by NICS)*<br>*if State law permits (optional)]* | ☐ Proceed _____ *(date)*<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on
_____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*
_____                      _____
                 *(name)*                                              *(number)*

| 22. ☐ | No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)* |
|---|---|

| 23. ☐ | No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)* |
|---|---|

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*
I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | 1-7-09 |

Page 2 of 6                     Transferor (Seller) Continue to Next Page                     ATF Form 4473 (5300.9) Part I
                              STAPLE IF PAGES BECOME SEPARATED                              Revised August 2008

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -
Over-the-Counter**

| | |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>**Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."** | Transferor's Transaction Serial Number *(If any)* |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Ellis | Scott | Edward |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 177 River Drive | Logan | Logan | WV | 25601 |

| 3. Place of Birth | 4. Height | 5. Weight *(Lbs.)* | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 5 | 225 | Male ☐ | Month 10 | Day 31 | Year 69 |
| Logan WV | In. 11 | | Female ☐ | | | |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

☐ American Indian or Alaska Native   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino   ☐ Asian   ☑ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking *"yes" or "no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☐ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☐ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☐ |
| d. | Are you a fugitive from justice? | ☐ | ☐ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☐ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☐ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☐ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☐ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☐ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☐ |
| k. | Are you an alien illegally in the United States? | ☐ | ☐ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

12. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13.  ☐ Yes ☐ No

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☑ United States of America<br>☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

Page 1 of 6

**Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

| | 26. Manufacturer and/or Importer (if the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, Receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|---|
| | FN | FNP45 | 61DMN06774 | Pistol | 45 |
| | Ruger | P95 | 317-25584 | Pistol | 9mm |
| | Weatherby | XXII | A5005002 | Rifle | 17HMR |
| | Weatherby | XXII | A5006119 | Rifle | 22 |

**Section D - Must Be Completed By Transferor (Seller)**

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)   FOUR

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes   ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)

---

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

Uncle Sam's Loans, Inc.
200 Main Street
Man, West Virginia 25635

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (License number may be used.)

455-045-02-2E-08677

---

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| | | | 12/9/10 |

## NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

Page 3 of 6

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| X *[signature]* | X 4-8-11 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☒ Handgun  ☒ Long Gun *(rifles or shotguns)*  ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____<br>City, State _____ |

| 20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)* | | | | |
|---|---|---|---|---|
| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
| | | Month | Day | Year |
| WVDL | E435776 | 10 | 31 | 2014 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

| 20c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)* | |
|---|---|
| Type(s) of Document | Date(s) of residence indicated on documents |

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | | | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|---|---|
| Month | Day | Year | |
| 4 | 8 | 11 | 1SBK-7FP |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed  ☐ Delayed<br>☐ Denied  *[The firearm(s) may be transferred on*<br>☐ Cancelled  _____ *(MDI date provided by NICS)*<br> *if State law permits (optional)]* | ☐ Proceed _____ *(date)*<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ *(date).*  ☐ Proceed  ☐ Denied  ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*
_____ *(name)*  _____ *(number)*

22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| X *[signature]* | X 4-8-11 |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**
ATF Form 4473 (5300.9) Part I
Revised August 2008

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0120 | Report Number: 25 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Steven Lamar "Noodle" Adkins

## NARRATIVE:

1.  On Thursday, August 20, 2015, at approximately 1330 hours, Assistant United States Attorney (AUSA) Meredith Thomas, West Virginia State Trooper (Tpr.) Christopher Thornton and Special Agent (S/A) G. Robert Cunningham participated in a "proffer" interview with Steven Lamar "Noodle" ADKINS, a white, male, Date of Birth: 9/28/1977, Social Security Number: ██████████ of ██████████████, West Virginia, phone: ██████████ This interview was conducted at the United States Attorney's Office in Charleston, West Virginia and was initiated subsequent to the execution of a "PROFFER AGREEMENT" by AUSA Thomas, ADKINS and ADKINS' attorney, Michael Callaghan. Throughout the duration of this interview, ADKINS' legal counsel was present and participated in the interview in question. A copy of this proffer agreement shall be attached to the file copy of this report.

2.  Prior to commencing with this interview, S/A Cunningham presented ADKINS with an ATF Form 3400.23, Receipt for Property. S/A Cunningham explained that item #1 depicted on the document in question was the description of a "Zip drive" floppy disc that that was seized during the execution of a Federal Search Warrant at Uncle Sam's Loans, Inc. on August 13, 2015. S/A Cunningham explained that the "Zip drive" is the final piece of computer equipment that needed returned to Uncle Sam's Loans, Inc. S/A Cunningham also explained to ADKINS that the reason for the delay in returning the disc was that a special piece of equipment had to be secured by the computer technician in order to mirror the contents of the "Zip drive". After discussing this topic, ADKINS executed the document in question and took possession of the item in question, as well as a copy of the ATF Form 3400.23 that was provided to ADKINS. After this task was complete, ADKINS and his attorney met privately to discuss the attached

| Prepared by: Guy R. Cunningham | Title: Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Lissa G. Jordan | Title: Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

EXHIBIT

(10-2004)
Only

| Title of Investigation<br>Uncle Sam's Loans | | Investigation Number<br>775020-15-0120 | Report Number:<br>25 |
| --- | --- | --- | --- |

Case 2:16-cv-12549 Document 1-3 Filed 12/23/16 Page 63 of 117 PageID #: 254

6. Throughout this interview, ADKINS acknowledged on multiple occasions that "everyone knows that Shane (Noel) is a drug addict." ADKINS also explained a couple times during this interview that Noel is a user of a variety of controlled substances and that Noel "takes anything", that Noel uses "everything (drugs) from A to Z." During this interview, the only illegal drugs that ADKINS identified by name that ADKINS was aware of Noel using was "Opana". ADKINS described an event where Noel obtained an unknown quantity of "Opana" pills from Clifford Mullins. ADKINS stated later in the interview that Noel has not always been like he is now. ADKINS explained that Noel use to smoke Marijuana and that he drank alcohol. In the midst of talking about Noel's addiction issues, ADKINS paused and then stated that ADKINS realizes that Marijuana is an illegal drug.

7. ADKINS related that in addition to being a drug user, ADKINS advised that he believes that Noel has sold unknown quantities of Marijuana to ADKINS' son. ADKINS stated that the marijuana ADKINS believes that Noel sold to ADKINS' son was obtained by Noel from Clifford Mullins. ADKINS identified Bruce Morris as another individual who is a Marijuana supplier for ADKINS' son.

8. ADKINS identified Ricky Gene Bragg as one of the largest illegal drug dealers in the Man, West Virginia area. In addition to Bragg, ADKINS identified Arnie Toler as "probably the biggest" drug dealer in the Man, West Virginia area.

9. ADKINS advised that on Wednesday, August 19, 2015 Roger Dale "Little Roger" Muncy Jr. came into Uncle Sam's Loans. ADKINS stated that "Little Roger" Muncy was in possession of a handgun and that Muncy purchased a quantity of ammunition. ADKINS stated that he believes that "Little Roger" Muncy is a convicted felon. In addition, ADKINS stated that "Little Roger" is prohibited from calling in the NICS checks at Uncle Sam's Loans due to his criminal history. Following this interview, S/A Cunningham queried the criminal history of Muncy Jr. This query failed to discern any criminal charges in Muncy Jr.'s criminal history that appear to be felony crimes.

10. ADKINS identified Clifford Mullins as a former employee at Uncle Sam's Loans, Inc. ADKINS stated that Mullins was fired from Uncle Sam's Loans because Mullins got caught stealing compound bows. ADKINS stated that Mullins attempted to make it appear that ADKINS was responsible for stealing the merchandise, but Roger Muncy did not fall for Mullins' scheme. Before being caught stealing compound bows, ADKINS stated that Clifford Mullins had been caught stealing boots and scrap jewelry from Uncle Sam's Loans, but Roger Muncy Sr. had failed to terminate Mullins.

11. ADKINS represented that when Uncle Sam's Loans would hold "gun parties", they would raffle off different firearms. ADKINS related that these "gun parties" were held after regular

ATF EF 3120.2 (10-2004)<br>For Official Use Only

to Blankenship concerning Stacy's monthly fuel bill being between fifteen and twenty thousand dollars per month for his company. Stacy related that Blankenship offered have Stacy pay Blankenship ten thousand dollars per month and Blankenship would get Stacy's fuel bill paid for each month. ADKINS related that Stacy took Blankenship up on his offer to get Stacy's company fuel bill paid.

17. ADKINS recalled an occasion where S/A Cunningham came to Uncle Sam's Loans inquiring about a machine gun that Richard Belcher Sr. possessed. ADKINS suggested that S/A Cunningham interview Richard Belcher's son, Tommy Belcher. ADKINS related that Belcher lives in Hensley Heights in Man, West Virginia. ADKINS advised that he did not know if Tommy Belcher has the machine gun in question, but ADKINS theorized that Tommy Belcher may know where the machine gun went after Richard Belcher died.

18. S/A Cunningham inquired about several firearms that ADKINS purchased from the Estate of Millard "Corky" Clay. ADKINS confirmed that he did buy several firearms from Clay's estate. ADKINS was not sure if he completed ATF Form 4473's for this bulk purchase of firearms. ADKINS confirmed that he has completed ATF Form 4473's when he purchased firearms from Clay in the past, but, ADKINS is not sure if he completed the ATF Form 4473's on the occasion he purchased a bulk amount of firearms. ADKINS estimated that this bulk purchase of firearms took place approximately one (1) year after Clay died. ADKINS estimated that he obtained approximately twenty (20) firearms in all and that he paid a total of approximately four thousand five hundred ($4,500) to five thousand ($5,000) dollars total for the firearms he purchased from Clay's estate. ADKINS confirmed that he picked the firearms in question up at Clay's widow's residence. ADKINS stated that he bought the firearms for Joe Miller. ADKINS explained that Clay's widow would not sell the firearms to Miller, so ADKINS purchased the firearms in question for the purpose of selling them to Joe Miller.

19. ADKINS explained that he has taken Roger Muncy and Shane Noel to gun shows. While at the gun shows, ADKINS indicated that he has purchased "a gun or two". ADKINS did not explain any further, but it was understood by S/A Cunningham that ADKINS purchased firearms under the cloak of Uncle Sam's Loans Federal Firearms License, but kept the firearms for himself.

20. ADKINS provided information concerning theft of and the sale of stolen property. ADKINS identified John L. Collins, Gaye Whitt and Shawn Grimmett as participating in a theft ring. ADKINS advised that he understands that Collins has a brother who works at Wal-Mart in Charleston, West Virginia. ADKINS explained that he understands that Collins has his brother either turn off, or move the video surveillance cameras away from where Collins and the other conspirators get situated. Once the surveillance equipment is manipulated, Collins, Whitt and Grimmett load up Collins' truck with stolen steaks, meat and other high priced quantities of food. ADKINS stated that once the stolen food is secured, the trio transports the stolen food to the Man, West Virginia area and sells the stolen property for pennies on the dollar.

ATF EF 3120.2 (10-2004)
For Official Use Only

·U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

## Report of Investigation

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>50 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Steven Lamar "Noodle" Adkins

## NARRATIVE:

1. On Wednesday, January 20, 2016, at approximately 1020 hours, Assistant United States Attorney (AUSA) Erik Goes, West Virginia State Police Trooper (Tpr.) Christopher Thornton, West Virginia State Police Sergeant (Sgt.) L. J Deskins and Special Agent (S/A) G. Robert Cunningham participated in a "proffer" interview with Steven Lamar "Noodle" ADKINS, a white, male, Date of Birth: 9/28/1977, Social Security Number: ███████████, of ███████████ ████████████████████, phone: ███████████. This interview was conducted at the United States Attorney's Office in Charleston, West Virginia and was initiated subsequent to the execution of a "Proffer Agreement" by AUSA Goes, ADKINS and ADKINS' attorney, Greg Campbell. Throughout the duration of this interview, ADKINS' legal counsel was present and participated in the interview in question.

2. ADKINS submitted that he is "partners" with Louise MUNCY and Roger MUNCY in the UNCLE SAM'S LOANS, Inc. business in Man, West Virginia. ADKINS related that on August 31, 2015 the MUNCY'S took ADKINS' keys to the store and "terminated" ADKINS. Despite being "terminated" ADKINS advised that he has maintained his one thousand one hundred ($1,100) dollar per month payments to purchase the UNCLE SAM'S LOANS, Incorporated business from the MUNCY'S. ADKINS presented S/A Cunningham with a stack of bank receipts and represented that the receipts symbolize the totality of the payments ADKINS has made to the MUNCY'S pursuant to the purchase agreement between ADKINS and the MUNCY'S. ADKINS added that he only has two (2) additional payments to make in order to fulfill his portion of the purchase agreement in question. ADKINS submitted that despite being "terminated" by the MUNCY'S, ADKINS still holds one (1) of the ten corporate

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>John R. Cooper | Title:<br>Special Agent in Charge, Louisville Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

to jail for." In addition, Roger and Louise MUNCY instructed ADKINS to refrain from saying anything disparaging to Law Enforcement about UNCLE SAM'S LOANS and the MUNCYS. ADKINS represented that as a condition of employment at UNCLE SAM'S LOANS, ADKINS felt that he had to do as Roger & Louise MUNCY directed.

7. S/A Cunningham inquired about the charged offense that ADKINS has been indicted on in Federal Court concerning his causing false entry to be made in the firearms records at UNCLE SAM'S LOANS. In addition to the charged offense, S/A Cunningham inquired about the other similarly situated firearms transactions, which include the Brian West, Christy Vest, Shane Noel and Christina Deer-Miller transactions. ADKINS confirmed that each of the transactions in question had occurred. ADKINS explained that the aforementioned individuals were utilized to complete the required ATF Form 4473's, in order to get the firearms listed on the ATF Form 4473's "off the books" at UNCLE SAM'S LOANS. ADKINS continued and explained that Roger MUNCY is the reason the aforementioned individuals were used to complete the ATF Form 4473's as "straw purchasers". ADKINS explained that it was typical for Matt Justice, Paul Collins and others to order several firearms from UNCLE SAM'S LOANS. The ordered firearms would be placed in the back room at UNCLE SAM'S LOANS, until the customer arrived to pick up the firearms. ADKINS related that Roger MUNCY directed that the firearms in question be logged out of the Acquisition & Disposition (A&D) book and delivered to the customer. ADKINS stated that MUNCY directed that the firearms be distributed to the customer who placed the firearm order to assure that the firearm sale would be consummated. ADKINS stated that MUNCY did not care if the firearms were listed on an ATF Form 4473 with the correct firearm purchaser information. MUNCY'S concern was that the ATF Form 4473's matched the information in the A&D book, even if the purchaser information was incorrect. MUNCY'S primary goal was to have the firearms listed in the A&D book as being dispersed and that the firearm sales money was collected. ADKINS related that Roger MUNCY was not interested in making sure that the proper firearm purchaser was documented, just that the transaction appeared to be correct on the ATF mandated records.

8. ADKINS provided a justification for conducting the "straw transactions" by relating that Justice works very odd hours. As a result, in order to complete the sale of firearms and other merchandise, as MUNCY had directed, ADKINS was forced to have the ATF Form 4473's completed by unwitting third party individuals, document the unwitting individual in the A&D records as being the actual purchaser of the firearm(s) and then deliver the firearms to Justice at locations away from the licensed business location. Multiple occasions throughout this interview, ADKINS stated that the firearms that were listed on the ATF Form 4473's completed by Noel, West and other similarly situated unwitting individuals were distributed to Justice. ADKINS was emphatic that the firearms in question were not distributed to prohibited persons, as in a typical "straw purchase" scenario.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

firearm transactions. ADKINS explained that the employees go ahead and conduct these illegal transactions because they fear that Roger MUNCY would get angry and fire them from their job if the employee "blocks" a firearm sale. ADKINS related that if a customer indicates on an ATF Form 4473 that they use illegal drugs, Roger MUNCY would direct that a new ATF Form 4473 be completed and instruct the potential purchaser of the correct manner to answer the questions in order to facilitate a firearm transaction. ADKINS related that he confronted MUNCY about this practice and MUNCY stated to ADKINS that it was not UNCLE SAM'S LOANS responsibility to be the police and to do the police's job. ADKINS stated that MUNCY explained that UNCLE SAM'S LOANS' responsibility was to sell firearms and that the employees should do what they need to do in order to complete a firearm sale.

13. At this point, S/A Cunningham inquired if ADKINS is aware of any prohibited people that Roger MUNCY facilitated a firearms transaction with a prohibited person. ADKINS identified an individual named Oscar Hill, who lives in Logan, West Virginia. ADKINS stated that Hill has a State of Georgia driver's license. When Hill attempted to purchase a Glock, .40 caliber pistol from UNCLE SAM'S LOANS, Hill presented the Georgia identification. Since Hill's identification was not from West Virginia, the employee explained to Hill that the firearm would have to be shipped to a Federal Firearms Licensee in Georgia before Hill could obtain the firearm. As a result of this encounter at UNCLE SAM'S LOANS, Hill placed a telephone call to Roger MUNCY. After this phone call, Roger MUNCY came to UNCLE SAM'S LOANS and completed an ATF Form 4473 in MUNCY'S name in order to purchase the same Glock .40 caliber pistol that Hill attempted to purchase. ADKINS related that he feels certain that MUNCY personally distributed the Glock pistol in question to Hill.

14. ADKINS stated that Bob Belcher owns the Gino's restaurant in Logan, West Virginia. In addition to being an entrepreneur, ADKINS indicated that Belcher is also a convicted felon. ADKINS related that Belcher contacted Roger MUNCY and informed MUNCY that Belcher was interested in purchasing a Smith & Wesson .38 caliber revolver. Belcher made arrangements for his son, Mike Belcher to complete the ATF Form 4473 and secure the firearm from UNCLE SAM'S LOANS. A couple days after the transaction with Mike Belcher, Bob Belcher called UNCLE SAM'S LOANS and spoke with ADKINS. Belcher informed ADKINS that his son picked up a firearm for him the other day, but there was no box of ammunition provided during the transaction. Belcher informed ADKINS that in the past Roger MUNCY has always given him a box of ammunition when Belcher purchased firearms. ADKINS advised that he informed Belcher that he would need to address this issue with MUNCY.

15. ADKINS provided another similarly situated event where a prohibited person obtained a firearm simply by calling and talking to Roger MUNCY. ADKINS stated that Glen "Hound dog" Adkins is a convicted felon. Glen Adkins called MUNCY and arranged to purchase a Taurus Judge revolver. Glen Adkins had his son pick the firearm up and complete the required ATF paperwork. Subsequent to the transaction, Glen Adkins called UNCLE SAM'S Loans and

ATF EF 3120.2 (10-2004)<br>For Official Use Only

21. ADKINS denied possessing any knowledge concerning Jim Grimmett obtaining firearms from UNCLE SAM'S LOANS. ADKINS stated that approximately a year or two ago, during the height of the nationwide "ammo scare" Jim Grimmett purchased approximately eight (8) to ten (10) boxes of .38 caliber ammunition. ADKINS related that this is the only occasion he recalls selling Jim Grimmett ammunition.

22. ADKINS related that he does not recall seeing Jim Grimmett possess a firearm. ADKINS related that he does recall Jim Grimmett being in UNCLE SAM'S LOANS and Roger MUNCY encouraging Jim Grimmett to look at a specific firearm. ADKINS related that Grimmett initially declined, but MUNCY persisted to the point that Grimmett succumbed to MUNCY'S pressure and accompanied MUNCY to examine the firearm in question.

23. ADKINS related that Jim Grimmett's mother lives in a garage apartment at Jim Grimmett's residence. ADKINS described this garage/apartment as being detached from Jim Grimmett's main residence. ADKINS related that Grimmett's mother purchased a safe from UNCLE SAM'S LOANS. ADKINS submitted that he delivered the safe and set the safe up in the garage, below the apartment where Mrs. Grimmett lives. ADKINS recalled that Mr. Grimmett paid for the safe upon delivery with her personal check.

24. At this point in the interview, ADKINS outlined multiple schemes that Roger & Louise Muncy utilize to distort their actual income numbers, hide the amount of money that UNCLE SAM'S LOANS generates and to camouflage the number of employees UNCLE SAM'S LOANS has in order to minimize the amount of taxes UNCLE SAM'S LOANS owes the United States Government.

25. ADKINS related that Roger & Louise MUNCY pay all of their employees in cash. ADKINS explained that the cash generated off the interest payments on outstanding pawned items is used to supplement the reported income each employee makes each year. ADKINS stated that on the daily worksheet that is used by UNCLE SAM'S LOANS to document the daily business transactions there is a column entitled "INT". ADKINS stated that the number depicted on the form is always half of the amount of whatever interest was collected on pawned items for the day. This money is used to pay the salary of the employees at UNCLE SAM'S LOANS. At this time, ADKINS showed the Investigating Agents a handwritten chart of the unreported cash payments ADKINS, Roger & Louise MUNCY received over the last two (2) years. ADKINS represented that his portion of the cash received from UNCLE SAM'S LOANS pawn interest consists of approximately sixty two thousand ($62,000) dollars over a little less than a two (2) year period of time. ADKINS estimated that his portion of the cash payments was approximately one third of the total cash collected from the pawn interest. ADKINS stated that the MUNCY'S received the remaining sum of the cash interest payments collected. In addition to the reported income and the cash income ADKINS received after becoming an owner at

represented that UNCLE SAM'S LOANS made a total of approximately two hundred eighty one ($281,000) dollars.

31. ADKINS advised that each year the sales and pawn numbers are recorded on the "worksheet" for sales at UNCLE SAM'S LOANS. ADKINS stated that in June of each year the sales figures are not differentiated as "sales" or "pawn interest". Each June, the MUNCY'S list all of the sales as being run through the store as sales. After July 1, the sales records return to the same record keeping methods as employed the other eleven months of the year.

32. ADKINS stated that under the front counter at UNCLE SAM'S LOANS the cash register receipts are stored. ADKINS explained that if you review the cash register receipts and find a date that is missing, that is a day that the MUNCY'S took the cash out of the register and did not report the earnings on the financial "worksheet". ADKINS advised that the amount of money that was taken out of the cash register by the MUNCY'S is documented in the margin of the book in which the "worksheet" is torn out of after it is completed. The amount written in the margin of the "worksheet" book is never reported as income.

33. ADKINS related that if he could review the "worksheets" and the invoices issued to Mount Laurel Coal Company, ADKINS could tell which documents are falsified and which documents are legitimate.

34. ADKINS stated that when he bought into UNCLE SAM'S LOANS as a part owner, ADKINS had a conversation with Roger MUNCY about removing Bobby Johnson from the payroll at UNCLE SAM'S LOANS. ADKINS explained that Johnson is Louise MUNCY'S son and that Johnson is confined to a wheelchair. ADKINS related that the MUNCY'S left Johnson on the payroll in order to enable Johnson to maintain some sort of health care benefit. ADKINS stated that Johnson has never worked one day at UNCLE SAM'S LOANS.

35. ADKINS related that Roger MUNCY has had some health issues in the past. ADKINS advised that the MUNCY'S utilized Roger MUNCY'S health issues as the reason they publicized that Roger MUNCY was retired and was removed from the Federal Firearms License issued to UNCLE SAM'S LOANS. ADKINS explained that the real reason that MUNCY was removed from the Federal Firearms License and portrayed to be retired was that Roger MUNCY became engaged in an illegal gambling business. As a result of Roger MUNCY'S ownership interest in this illegal gambling empire, the MUNCY'S feared that if Roger MUNCY appeared to be actively involved in the operation of UNCLE SAM'S LOANS that his involvement in the illegal gambling business could jeopardize the UNCLE SAM'S LOANS business. ADKINS related that even though Roger MUNCY was listed as retired on the Federal Firearm License and the Corporation paperwork associated with UNCLE SAM'S LOANS, Roger MUNCY was very active in the day to day administration of business at UNCLE SAM'S LOANS.

ATF EF 3120.2 (10-2004)
For Official Use Only

how, but ADKINS understands that MUNCY confronted Blankenship and the debt was repaid to the "parlay service."

43. ADKINS advised that in addition to participating in operating the illegal gambling business with Blankenship, Roger MUNCY enjoys playing high stakes, unregulated poker games. ADKINS related an event that took place on Super Bowl Sunday in either 2011 or 2012. ADKINS submitted that Roger MUNCY got involved in a poker game at the 317 restaurant in Logan, West Virginia. The individuals playing poker with MUNCY included Joe C. Ferrell, James Gregory Glick and Arnie Toler. At the end of the game, MUNCY lost one hundred fifty five thousand ($155,000) dollars. As a result, Louise MUNCY had to secure one hundred fifty five thousand ($155,000) dollars in cash and travel to the 317 restaurant and pay off Roger MUNCY'S debt.

44. S/A Cunningham inquired of ADKINS about Roger and Louise MUNCY'S residential address. ADKINS confirmed that the MUNCY'S reside on Hensley Heights Road near Man, West Virginia. S/A Cunningham then inquired that since ADKINS is a member of the Man City Counsel, is ADKINS aware if Roger MUNCY lives outside the City Limits of Man, West Virginia. ADKINS confirmed that MUNCY has defrauded the citizens of Man, West Virginia by being elected to City Counsel. ADKINS confirmed that MUNCY lists his residential address as 200 Main Street Man, West Virginia, just so MUNCY can run for office in the Man, West Virginia Municipal elections. ADKINS confirmed that MUNCY does not reside at 200 Main Street in Man, West Virginia and that MUNCY has not spent a night at 200 Main Street since the 1990's. ADKINS related that the only time Roger MUNCY has spent the night at UNCLE SAM'S LOANS was on the occasions that Roger and Louise MUNCY were arguing.

45. ADKINS related that an action was initiated in Logan County Circuit Court concerning the issue of MUNCY'S residency. ADKINS stated that when the issue came before the Court the Judge stated that if the City of Man, West Virginia was going to bring a matter before the Court to make sure they bring a significant matter. The Judge related that the allegation concerning Roger MUNCY'S residency is nonsense and the Court dismissed the case. ADKINS indicated that the case was dismissed because of MUNCY'S political influence in the Man, West Virginia area.

46. At this time, ADKINS provided the Investigating Agents with a list of the individuals ADKINS knows that lied on ATF Form 4473's completed at UNCLE SAM'S LOANS in order to receive a firearm;

- Ricky Gene Bragg
- Christy Osborne-Bragg
- Randall Bragg
- Freddie Williams – Deceased

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
Uncle Sam's Loans

Case 2:16-cv-12549   Document 1-3   Filed 12/23/16   Page 71 of 117   PageID #: 262

Investigation Number:
775020-15-0120

Report Number:
50

- David Winger Jr. – Lives in Mallory, WV; sells prescription medication; sells Gerald Slone's entire prescription after it is filled
- Paula Griffin – Lives in the Bruno, WV area; sells Methadone and Morphine
- Heather Collins – Her father owns the Men's Clothing store in Man, WV; she sells prescription pills; in approximately 2011-12 Collins and Shane Noel traveled to the State of MN in order to secure a large shipment of prescription medication out of Canada. ADKINS related that Noel told him about going on the trip with Collins; ADKINS has not spoken to Noel in more than three (3) years
- Tony Messer & his son Casey Messer – Sells prescription medication
- Ronnie Manning – Sells prescription medication and Marijuana; his wife is the Man High School Principal
- Kelly Amburg & Bruce Morris – Lives in a house across from the Kistler, WV grocery store; Both sell Marijuana; supply Marijuana to ADKINS' son

50. ADKINS related that in 2013 there was an incident involving Roger MUNCY and April Ables. This incident took place early in the morning and occurred in the Logan, West Virginia area. ADKINS submitted that Ables is a known user of Cocaine (HCL) and is believed to be involved in prostitution. ADKINS related that from what he understands, MUNCY fell asleep on the couch of a residence where MUNCY, Ables and another subject were occupying in Logan, West Virginia. When MUNCY woke up he discovered that his money was missing from his wallet. As a result of this discovery, MUNCY allegedly pulled a firearm on Ables and another individual. Ultimately the police arrived and no criminal charges were ever filed. ADKINS stated that Logan County Deputy Sheriff Jacob Miller was one of the officers who responded to the scene.

51. ADKINS related that after this incident, rumor was that MUNCY and ADKINS were both illegal users of Cocaine (HCL). ADKINS denied that he has ever consumed Cocaine (HCL). In addition, ADKINS advised that he does not possess any information concerning Roger MUNCY ever using Cocaine (HCL).

52. ADKINS related that Sammy Stacy told him that while Don Blankenship was still with Massey Energy, Blankenship called all of the vendors/contractors at the Massey mines together and told them that if the vendors would pay Blankenship ten thousand ($10,000) dollars cash each month, the vendors could fuel their equipment at the Massy mines with Massey fuel. In addition to making the ten thousand dollar per month payments to Blankenship, each vendor was required to contribute five thousand ($5,000) dollars to the candidate of Blankenship's choosing in the next Governor's election in the State of West Virginia.

53. At the conclusion of the interview, S/A Cunningham asked ADKINS to clarify the motivation behind this "straw purchaser" scheme that ADKINS was involved with at UNCLE SAM'S LOANS. ADKINS explained that the sole motivation for using the witting/unwitting

ATF EF 3120.2 (10-2004)
For Official Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0120 | Report Number: 33 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Scott Edward Ellis

## NARRATIVE:

1. On Thursday, September 17, 2015, at approximately 1050 hours, West Virginia State Police Sergeant (Sgt.) S. E .Wolfe and Special Agent (S/A) G. Robert Cunningham traveled to the residence of Scott Edward Ellis, a white, male, Date of Birth: 10-31-1969, Social Security Number: ███████, of ████████████, phone: ███████ cell: ███████. This meeting was a prearranged meeting with the Investigating Agents and Ellis in accordance with Ellis' previously executed plea agreement with the United States Government. This interview was being conducted with the full consent of Ellis' attorney, Michael Hissom, who was not present for the interview in question, but provided consent for the interview to commence in his absence.

2. Upon arrival, the Investigating Agents were greeted by Ellis, who was familiar with Sgt. Wolfe from prior Law Enforcement encounters. Upon being introduced to Ellis, S/A Cunningham verbally identified himself as a Special Agent with ATF and subsequently displayed his ATF issued credentials and badge for Ellis' visual inspection. After Ellis visually inspected S/A Cunningham ATF issued credentials, Ellis related that he was willing to proceed as planned with the interview with Sgt. Wolfe and S/A Cunningham.

3. At this time, Sgt. Wolfe, Ellis and S/A Cunningham proceeded to a detached building near Ellis' residence in order to commence with the interview in question. After explaining to Ellis that S/A Cunningham was investigating Uncle Sam's Loans, Inc. in Man West Virginia, S/A Cunningham inquired about how Ellis initially became involved in conducting business with Roger Muncy, Louise Muncy, Steven "Noodle" ADKINS, each conducting business as Uncle

| Prepared by: Guy R. Cunningham | Title: Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Lissa G. Jordan | Title: Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

EXHIBIT

10-2004) Only

Case 2:16-cv-12549   Document 1-3   Filed 12/23/16   Page 73 of 117   PageID #: 264

Ellis estimated that Uncle Sam's Loans sold approximately eight (8) to ten (10) guns total that they knew were being straw purchased for Atwell. Ellis explained that for some of the firearm purchases that went to Atwell, Uncle Sam's Loans would distribute the firearm to Atwell and Ellis would complete the ATF Form 4473 at a later time as well as paying for the firearm. Ellis explained that on occasion, Atwell would go to Uncle Sam's Loans, pick out the firearm(s) he wanted and the firearms would be set aside. When Ellis would come into Uncle Sam's Loans, Ellis would complete the forms, pay for the firearms and then personally deliver the firearms to Atwell. Ellis related that there were also occasions that Atwell would receive the firearms from Uncle Sam's Loans when Ellis was not present. Ellis stated that he simply paid for the firearm(s), he did not complete an ATF Form 4473 for the firearm. Ellis stated that he assumed that Atwell completed the ATF Form 4473's, but Ellis was not sure if Atwell actually did complete the proper forms.

7.  Ellis recalled that he purchased a Colt AR-15, .223 caliber rifle at Uncle Sam's Loans and possibly a black powder rifle, that Ellis definitely recalls that went to Atwell.

8.  Ellis advised that this entire scheme to traffic firearms started with Roger Muncy, but after Muncy started having health issues, Steven "Noodle" ADKINS became the person at Uncle Sam's Loans that Ellis dealt with to conduct straw purchases of firearms. Ellis stated that at least ninety five (95%) percent of the firearms transactions he completed were consummated by ADKINS signing the ATF Form 4473 as the salesperson. Ellis clarified that ADKINS and Muncy knew what Ellis was mostly doing with the firearms he purchased. Ellis stated that he kept some firearms, but most of the firearms he purchased went to individuals affiliated with the coal industry.

9.  Ellis advised that in approximately 2008 ADKINS informed Ellis that Roger and Louise Muncy wanted to stop cashing the business checks for Ellis. As a result, Ellis stated that he no longer had a reason to frequent Uncle Sam's Loans. Ellis estimates that he was one of Uncle Sam's Loans largest customers at the time. When they no longer would cash his checks, Ellis completely quit buying items from Uncle Sam's Loans.

10. Ellis estimated that after approximately one (1) year, ADKINS contacted Ellis and recruited Ellis to return to doing business with Uncle Sam's Loans. Ellis related that he accepted ADKINS' offer and started doing business with Uncle Sam's Loans again. Ellis explained that he returned to cashing checks at Uncle Sam's Loans, but was dealing nearly entirely with ADKINS. Ellis stated that ADKINS definitely knew that the checks Ellis was cashing was to generate cash to pay the kickbacks at the coal mines. Ellis related that he and ADKINS had conversations about what the cash that Ellis was generating was being used. Ellis advised that ADKINS also knew that the vast majority of the firearms that Ellis were purchasing were being provided to people associated with the coal mines.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

16. Ellis stated that when he first started dealing with ADKINS at Uncle Sam's Loans, ADKINS was just a sales clerk. Ellis stated that in approximately 2010 to 2012 ADKINS told Ellis that ADKINS had bought one third (1/3) of the ownership of Uncle Sam's Loans.

17. Ellis stated that as far as he knows, none of the individuals Ellis provided firearms as enticement to hire Ellis' company, were prohibited from possessing firearms. Ellis related that he was unaware of anyone who was prohibited from possessing firearms buying firearms from Uncle Sam's Loans. Ellis clarified that his involvement with Uncle Sam's Loans centered on Ellis' ability to generate cash. Ellis stated that he did not hang out with the people at Uncle Sam's Loans. Ellis described that he simply went and did what he had to do at Uncle Sam's Loans and left.

18. Ellis stated that he always felt that Dave Roberts and Scott Johnson were utilizing Uncle Sam's Loans to generate cash and traffic firearms, just as Ellis was doing. Ellis stated that he never was told this, but Ellis suspected it because they were working the same places and frequenting Uncle Sam's Loans, just as Ellis was doing.

19. At this point in the interview, S/A Cunningham inquired about "Gun Night" at Uncle Sam's Loans. Ellis stated that he never attended "Gun Night" and reiterated that his dealings with Uncle Sam's Loans was business and not social. S/A Cunningham identified several individuals' names that were discerned during the search of Uncle Sam's Loans that were on a piece of paper entitled "Gun Night". Ellis was not familiar with most of the individuals. Ellis recognized Rick Grimmett's name as the individual who use to the Logan County Assessor. Ellis stated that Kenny Morgan was a coal mine superintendent at the coal mine in Man, West Virginia. Ellis continued and related that Morgan is close friends with Roger Muncy and ADKINS. S/A Cunningham asked if there was anyone in particular that Ellis would know of that ADKINS would have personally delivered firearms to at the coal mines. Ellis stated that he does not know, but if he was going to guess, Ellis would say that Morgan would be the most likely candidate.

20. Ellis advised that he purchased one (1) firearm from ADKINS and ADKINS' residence. Ellis stated that the firearm was a Mossberg pump shot gun. Ellis advised that he gave the firearm in question to Trace Butcher, who is currently a student at Marshall University. Ellis related that he did not complete any paperwork for the firearm that he purchased from ADKINS at ADKINS' residence.

21. When S/A Cunningham inquired about Doug Cook, Ellis advised that Cook was one of ADKINS' friends. Ellis related that he remembers that ADKINS sent Ellis to Cook a couple different time in order to cash Ellis' checks.

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>39 |
| --- | --- | --- |

## SUMMARY OF EVENTS:

Interview of Scott Edward Ellis

## NARRATIVE:

1. On Tuesday, October 6, 2015 at approximately 1445 hours, Special Agent (S/A) G. Robert Cunningham traveled to the residence of Scott Edward Ellis, a white, male, Date of Birth: 10-31-1969, Social Security Number: ███████████, of ███████████████████████████ phone: ███████████, cell: ███████████  This meeting was a prearranged meeting with Ellis and S/A Cunningham and was being conducted pursuant to Ellis' previously executed plea agreement with the United States Government. This interview was being conducted with the full consent of Ellis' attorney, Michael Hissom, who was not present for the interview in question, but had previously provided consent for the Investigating Agent to interview Ellis outside of the presence of counsel.

2. Upon arrival, S/A Cunningham was greeted by Ellis, who was familiar with S/A Cunningham from previous Law Enforcement interviews. Upon greeting S/A Cunningham, Ellis invited S/A Cunningham to join Ellis in a detached building near Ellis' residence in order to commence with the interview in question.

3. At this time, S/A Cunningham explained to Ellis that since the previous interview, S/A Cunningham has compiled an inventory of the firearms listed on the ATF Form 4473's in Ellis' name, which are in the United States Government's possession. The list of firearms, the date of the firearm(s) transaction and the amount paid for each firearm, if known, was generated from the ATF Form 4473's in the United States Government's possession, which lists Ellis as the purchaser of the firearms. The dates compiled for the information provided are from December 6, 2008 through October 25, 2011. The original of this created spreadsheet shall be attached to

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Peter A. Pappas | Title:<br>Acting Special Agent in Charge, Louisville Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
Uncle Sam's Loans

Case 2:16-cv-12549   Document 1-3   Filed 12/23/16   Page 76 of 117   PageID #: 267

Investigation Number:
775020-15-0120

Report Number:
39

paperwork for the .338 caliber rifle, ADKINS already had a purchaser for the firearm lined up. Ellis recalled that the individual ADKINS sold the .338 caliber rifle in question was a male subject and that he lived in Man, West Virginia. Ellis submitted that he cannot recall the individual's name. Ellis related that not long after Ellis completed the paperwork for the .338 caliber rifle that ADKINS already had sold to another individual, Ellis walked into UNCLE SAM'S LOANS and was greeted by Phillip Gillespie, who works at UNCLES SAM'S LOANS. Ellis advised that Gillespie openly asked Ellis about shooting the .338 caliber rifle. Ellis related that he immediately thought that Gillespie was aware of the fact that ADKINS had disposed of the .338 caliber rifle through an undocumented individual and Gillespie was messing around with Ellis. Scott Ellis explained that Gillespie was always listening and getting involved in the transactions that Ellis and ADKINS were conducting, so Ellis feels pretty sure that Gillespie was aware of the diversion that ADKINS was committing with the firearms listed on Ellis' ATF Form 4473's. Ellis added that the other firearms listed on the firearm inventory from 3-23-2010 definitely were not obtained in Ellis' name, with Ellis' consent, except for the one (1) Colt M-4 rifle listed.

8. Ellis noted that the five (5) firearm transactions on 4-8-2011 lists the employee who conducted the transaction as Ricky Allen Jr. Ellis advised that he specifically recalls this transaction and that Ellis recalls that ADKINS definitely conducted this transaction. Ellis stated that he does not even know of a Ricky Allen Jr. who worked at UNCLE SAM'S LOANS.

9. In reviewing the list of firearms in question, Ellis identified a transaction on 11/3/2009 that lists a total of nine (9) firearms being sold to Ellis in one (1) day. Ellis explained that he never has purchased more than five (5) firearms in one day. Also, in reviewing the firearms descriptions for the 11/3/2009 transaction, Ellis advises that he has never, and would not have any desire to purchase a "Romanian AK 47" rifle. Ellis related that if that firearm would have been listed on the forms when Ellis completed the forms, Ellis would have noticed that firearm, simply because it is not the type of firearm Ellis would have purchased. Ellis advised that he typically purchased hunting firearms.

10. In addition to the 11/3/2009 transaction, Ellis noted that the transaction on 4/8/2011 was a transaction that if Ellis had actually conducted, Ellis would have remembered the transaction. Ellis explained that he never would have purchased an "Uzi", that Ellis did not purchase a second .338 caliber rifle and that Ellis only purchased one (1) "circuit judge" 45/410 caliber firearm in his life. Ellis reiterated that the 45/410 caliber that he purchased was provided to Josh Atwell, but it was prior to 2011. Ellis related that in 2011 Atwell was back working in Virginia and Ellis had no contact with Atwell once he quit working at the coal mines in West Virginia.

11. Ellis also noted that there was only one (1) Colt M-4 rifle listed as being purchased on 3-23-2010. Ellis stated that he actually bought four (4) Colt M-4 rifles on the same date. Ellis

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation
Uncle Sam's Loans

Case 2:16-cv-12549   Document 1-3   Filed 12/23/16   Page 77 of 117   PageID #: 208

Publication Number:
775020-15-0120

Report Number:
39

that this transaction took place sometime between approximately 2006 to 2008. Ellis related
that Runyon paid Ellis for the Sig Sauer firearm with a check.

17. S/A Cunningham again inquired of Ellis if Roger and Louise MUNCY were aware of the illegal
firearms transactions and check cashing schemes Ellis was conducting with ADKINS. Ellis
related that he started out cashing checks with Roger MUNCY, then Louise MUNCY. After
Roger MUNCY encountered health problem, Ellis started dealing with ADKINS at UNCLE
SAM'S LOANS. S/A Cunningham asked if the MUNCY'S were aware of the illegal firearms
transactions. Ellis replied, "They had to know." Ellis explained that Louise Muncy was
typically present at UNCLE SAM'S LOANS.

18. S/A Cunningham inquired if Ellis' accountant ever questioned the number of firearm purchases
Ellis was making and if this accountant ever instructed Ellis to quit writing so many checks to
UNCLE SAM'S LOANS. Ellis identified his accountant as Betty Rose, who works at McNeil
Williamson CPA in Logan, West Virginia. Ellis explained that the only thing Rose ever
mentioned was that she inquired about why so many checks were being written to UNCLE
SAM'S LOANS.

19. At the conclusion of the interview, Ellis again reviewed the list of firearms transactions. The
following dates are transactions that Ellis verbally advised that the firearms definitely went
directly to Steven "Noodle" ADKINS' residence;

- 1-18-2010
- 2-4-2010
- 8-19-2010
- 8-28-2010
- 12-9-2010
- 4-8-2011

20. Ellis advised that he feels "99.9%" sure that the transaction on 11-3-2009 also went to
ADKINS' residence. Ellis explained that he does not recall taking the firearms depicted on the
11-3-2009 transaction to ADKINS' residence, but Ellis does know that he did not obtain any of
the firearms associated with the 11-3-2009 transaction.

21. Ellis related that when he purchased firearms at UNCLE SAM'S LOANS, Ellis always
purchased new firearms. Ellis stated that he has not purchased a used firearm from UNCLE
SAM'S LOANS.

22. Ellis also inquired about the terms of his supervised release. S/A Cunningham explained that he
should speak with his probation officer concerning the terms of Ellis' supervision. Ellis
continued and stated that Steve Herndon, who was one of Ellis' co-defendants is on supervised

ATF EF 3120.2 (10-2004)
For Official Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>13 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Shane Taylor Noel

## NARRATIVE:

1. On Wednesday, July 8, 2015, at approximately 1705 hours, Special Agent (S/A) G. Robert Cunningham met Shane Taylor Noel, a white, male, Date of Birth: 8-17-1984, Social Security Number: ▓▓▓▓▓▓▓▓, of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, phone: (▓▓▓) ▓▓▓▓▓▓. This interview was conducted in S/A Cunningham's Government Owned Vehicle (GOV), at a remote location in Logan County, West Virginia.

2. Upon arrival at this non-descript, remote location, S/A Cunningham displayed his ATF issued badge and photo identification to Noel for his visual examination. Once Noel had an opportunity to visually inspect S/A Cunningham's ATF issued credentials, Noel acknowledged that he was willing to commence with an interview with S/A Cunningham.

3. Initially, Noel explained that a while back, he was interviewed by West Virginia State Trooper Thornton and Blevins concerning Uncle Sam's Loans. Noel stated that the focus of the Trooper's interview was financial in nature. Noel advised that he did not possess much information concerning the financial questions, simply because Noel did not deal with that portion of the business conducted at Uncle Sam's Loans and with Steven ADKINS. At this time, S/A Cunningham inquired about what Noel's position actually was with ADKINS and Uncle Sam's Loans. Noel related that he did odd jobs for Roger Muncy and ADKINS. Noel explained that he would drive Muncy places he wanted to go, travel with Muncy and ADKINS to gun shows to buy firearms. Noel explained that after Muncy got sick, Muncy was unable to drive, so ADKINS and Noel both would chauffer Muncy to the places he wanted to go. Noel related that he started working for Muncy and ADKINS in approximately 2008. Noel explained

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Stuart L. Lowrey | Title:<br>Special Agent in Charge, Louisville Field Division | Signature: | Date: |

(10-2004)
Only

EXHIBIT

individuals also purchased firearms legitimately from Uncle Sam's Loans. When these individuals purchased firearms "in their name" the firearms typically were for their own personal use. Noel continued and explained that much of the time these firearms obtained via a straw ATF Form 4473 were invoiced to one of the coal companies as some sort of false product associated with the coal business. That way, the coal company, either wittingly or unwittingly paid Uncle Sam's Loans for the firearms. In turn, the company paying for the firearms turned around and turned the purchase of the firearms in as a business expense, therefore securing an approximate eight ($8,000) or ten thousand ($10,000) dollar tax benefit from the purchase of the firearms. Noel added that these firearms purchasers also did not want the firearms "in their names" just in case the firearms were ever used in a crime or simply as a way to disassociate themselves with the firearms.

7. Noel related that the amount of money associated with the above described diverted firearms transactions ranged anywhere from a couple thousand dollars per transaction, up to as much as fifty thousand ($50,000) dollars per transaction.

8. Noel related that he went with ADKINS when ADKINS purchased the inventory of firearms that Corky Clay, DBA: Clay's Inc., FFL#455-0554. Clay owned a gun store/pawn shop when Clay died. Noel related that he and ADKINS went to Clay's widow, Margret Clay's residence and picked up the inventory of firearms. Noel stated that the firearms were stacked up to the top of the bed of Noel's truck and that the back seat of the cab of Noel's truck was completely filled with firearms. Noel stated that he witnessed ADKINS pay Margret Clay fifty thousand ($50,000) dollars in cash for the inventory of firearms. Noel estimated that this transaction took place approximately one (1) week after Corky Clay died.

9. After securing the firearms from Margret Clay, Noel and ADKINS delivered the firearms to ADKINS' residence. Noel stated that ADKINS sold a couple of the firearms to Clay's grandson, David Miller. The remaining firearms were sold to Trampas SHANNON and Matt JUSTICE.

10. Noel related ADKINS also had Noel deliver large shipments of ammunition to Trampas SHANNON. Noel described one occasion where he delivered thousands of rounds of ammunition and firearms to SHANNON'S residence. After delivering the items, SHANNON provided Noel with forty seven thousand ($47,000) dollars as payment to ADKINS for the items.

11. S/A Cunningham asked that Noel identify the individuals he witnessed completing straw ATF Form 4473's at the direction of ADKINS. Noel stated that he personally completed several ATF Form 4473's at the direction of ADKINS. Noel stated that Christy Vest, Beth Adkins, Ralph Caudill and Kimberly Caudill definitely signed ATF Form 4473's at the direction of ADKINS. Noel related that ADKINS would pay each of the straw ATF Form 4473 completers

related that typically, if Rick Grimmett bought a firearm and it was in his name, Rick Grimmett kept the firearm for himself. With that said, Noel explained that in the past, Rick Grimmett has called and spoke with ADKINS and ordered certain firearms. After the phone call, Grimmett would send his ex-wife, Becky Grimmett or his daughter, Taylor Grimmett-Duncan to Uncle Sam's Loans to fill out the paperwork and pick up the firearms. Noel explained that the firearms that Rick Grimmett directed Taylor Grimmett-Duncan or Becky Grimmett to pick up from Uncle Sam's Loans could very easily been on behalf of Jim Grimmett. Noel related that Rick Grimmett would not want a firearm in his name being associated with Jim GRIMMETT, since Jim GRIMMETT is a convicted felon. Noel advised that Rick Grimmett would not have an issue with a firearm being purchased in his ex-wife, or possibly his daughter's name being associated with Jim GRIMMETT.

17. Noel identified Chad LUSK as being one of the individuals who was not prohibited, but purchased firearms from ADKINS at Uncle Sam's Loans that were listed in another person's name. Noel related that LUSK would use this tactic when LUSK was going to give the firearms away. Noel stated that LUSK did purchase several firearms himself, but Noel also not only completed ATF Form 4473's for firearms LUSK received, but Noel also delivered several firearms to LUSK. Noel identified several Smith & Wesson model: 500 revolvers that were listed in Noel's name. Noel stated that he delivered those firearms to Chad LUSK.

18. S/A Cunningham inquired about several of the transactions that were completed where Christy Vest signed the ATF Form 4473. Noel stated that Vest's boyfriend, Clifford Mullins tried to convince Vest not to complete the ATF Form 4473. Despite Mullins' efforts, Noel stated that the cash payment from ADKINS motivated Vest to complete the form. On one of the forms Vest completed there was a 50 caliber rifle listed under the items purchased. Noel stated that that firearm either went to JUSTICE, SHANNON or Rupert Phillips. Noel stated that the firearm in question probably went to Phillips, but Noel is not positive.

19. S/A Cunningham asked if the employees at Uncle Sam's Loans knows about the scam that ADKINS was running. Noel stated that most of the employees knew about the scheme. Noel stated that Clifford Mullins would be a good former employee to interview. Noel stated that Clifford Mullins would be able to tell about ADKINS selling firearms "out the back door" of Uncle Sam's Loans to Kenny Morgan. In addition, Noel stated that Cliff Stevens or Cliff Stevenson is a former employee at Uncle Sam's Loans who may be a good person to speak with concerning the aforementioned described actions of ADKINS. Noel related that Phillip Gillespie is a current employee at Uncle Sam's Loans who would be a good person to interview. Noel warned that it would be best to interview Gillespie away from Uncle Sam's Loans.

20. Noel related that in approximately 2013 through 2014 ADKINS started dealing with Kenny MORGAN, who owns the Cliffside restaurant near Man, West Virginia. Noel stated that there

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Uncle Sam's Loans | 775020-15-0120 | 6 |

## SUMMARY OF EVENTS:

Interview of Brian Allen West

## NARRATIVE:

1. On Friday, June 5, 2015 at approximately 1445 hours Special Agent (S/A) G. Robert Cunningham traveled to the Man City Fire Department at 101 Altizer Street Man, West Virginia. Upon arrival, S/A Cunningham was greeted by Brian Allen "Gummy" West, a white, male, Date of Birth: 4-16-1973, Social Security Number: ▮▮▮▮▮▮▮, phone: (▮▮▮▮▮▮▮

2. Upon arrival, S/A Cunningham verbally identified himself and displayed his ATF issued credentials and badge for West's visual inspection. After West visually inspected S/A Cunningham ATF issued credentials, West related that he was willing to submit to an interview with S/A Cunningham. At this time, West invited S/A Cunningham into the living quarter's area of the Man Fire Department to commence with the interview.

3. Initially, S/A Cunningham inquired if West was currently residing at the Man Fire Department. West confirmed that he does live at the Man Fire Department. S/A Cunningham inquired about an address West had of 103 West 2nd Street in Man, West Virginia. West related that the West 2nd Street address is an old address and is where West resided before moving into the Man Fire Department.

4. At this time, S/A Cunningham explained to West that S/A Cunningham had some questions concerning several firearms purchases West made from Uncle Sam's Loans in Man, West Virginia. S/A Cunningham proceeded to read aloud the firearms listed on the following Multiple Sale reports associated with West and Uncle Sam's Loans; Multiple Sale Number: M20130170183, M20130144290, M20130130328, M20130117932 and M201202022521. The

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Stuart L. Lowrey | Title:<br>Special Agent in Charge, Louisville Field Division | Signature: | Date: |

▮▮▮ 2 (10-2004)
▮▮se Only

EXHIBIT

ADKINS was selling firearms to many of the Hatfield and McCoy trail riders. West stated that many of these people are from out of State and ADKINS would sell them firearms for cash and without making them complete any ATF paperwork in order to obtain the firearm(s).

9. West stated that in addition to working at and owning a portion of Uncle Sam's Loans, ADKINS operates a firearm and bow business out of ADKINS' residence in South Man, West Virginia. West continued and stated that he understands that ADKINS is also involved in an untaxed moonshine distribution network out of ADKINS' residence, as well as from Uncle Sam's Loans in Man, West Virginia. West related that he understands that Jody SIMPSON secures quantities of moonshine from an unknown supplier in Kentucky. SIMPSON delivers this untaxed moonshine to ADKINS, who distributes the untaxed liquor from his residence and out of Uncle Sam's Loans.

Attachments:        Multiple Sale Reports

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>10 |
|---|---|---|

that she has never bought a firearm in her life.  S/A Cunningham then inquired if Deer-Miller has ever completed the forms necessary to purchase a firearm at a Federal Firearms Licensee (FFL).  Deer-Miller acknowledged that she has executed several completed forms (ATF Form 4473) at Uncle Sam's Loans in Man, West Virginia, but Deer-Miller never intended to obtain, or actually obtained any of the firearms.

5.  S/A Cunningham asked Deer-Miller to explain how it came about that she completed ATF Form 4473's, but never obtained, much less intended to acquire a firearm.  Deer-Miller related that during the time period she completed the ATF Form 4473's she was dating and cohabitating with Doug Cook, a white, male, Date of Birth: 10-4-1971, Social Security Number: 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, of 107 Powell Drive Man, West Virginia.  Deer-Miller explained that at the time, Cook and Steven "Noodle" ADKINS, who ran the firearms department at Uncle Sam's Loans in Man, West Virginia were close friends.  Deer-Miller related that she understands that since this time period, Cook and ADKINS has had a falling out and are not close friends any longer.  Deer-Miller estimated that in approximately 2010 to 2011 she filled out approximately five (5) or six (6) ATF Form 4473's at the direction of ADKINS.  Deer-Miller stated that the first time she signed an ATF Form 4473 at Uncle Sam's Loans she was at home and received a telephone call from ADKINS.  Deer-Miller related that ADKINS requested that Deer-Miller come over to Uncle Sam's Loans and help him out.  Deer-Miller related that she was in bed when ADKINS called, but Deer-Miller agreed and went to meet ADKINS at Uncle Sam's Loans.  Deer-Miller stopped and explained that she could have completed more than six (6) ATF Form 4473's or less than five (5) ATF From 4473's, but five (5) or six (6) forms would be a safe estimate of the number of times she completed the task in question.

6.  Deer-Miller related that the first time ADKINS requested that she complete an ATF Form 4473 she arrived at Uncle Sam's Loans and ADKINS told her that a coal company owner wanted to buy several firearms for his employees.  Deer-Miller stated that ADKINS asked her to fill out the forms in order "to put them (the guns) in her name."  Deer-Miller stated that she did as requested and completed the form.  Deer-Miller explained that she remembers that most, if not all of the times she continued the practice of signing ATF Form 4473's at the direction of ADKINS, the ATF Form was already filled out when Deer-Miller arrived.  Deer-Miller stated that she simply signed her name to the form and went on about her business.  Deer-Miller stated that she did not receive any sort of payment for signing the document.  Deer-Miller related that Cook may have received some sort of consideration for her assisting ADKINS, but Deer-Miller was not compensated for her actions.

7.  Deer-Miller advised that she was "pretty sure" that each time she signed an ATF Form 4473, ADKINS already had the form filled in.  Deer-Miller stated that she simply showed ADKINS her identification and signed the form ADKINS provided her.  Deer-Miller explained that one time she showed up to sign the ATF Form 4473's, ADKINS had two (2) or three (3) forms

ATF EF 3120.2 (10-2004)<br>For Official Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0001 | Report Number: I |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Christy A. Vest

## NARRATIVE:

1. On Friday, April 17, 2015 Special Agent (S/A) G. Robert Cunningham received a telephone call from Christy A. Vest, Date of Birth: 1-14-1989, Social Security Number: ███████, of ███████████████████████. Vest related that she does not have a personal phone, but provided the phone number at her place of employment, Trinity Health Care in Logan, West Virginia: (████████████

2. Vest related that she just recently found out that there are several firearms that have been "sold in her name" at Uncle Sam's Loans in Man, West Virginia. Vest explained that a friend of hers who works at Uncle Sam's Loans notified her that in the computer records at Uncle Sam's Loans there are six (6) firearms showing that they were sold to Vest. At this point, Vest informed S/A Cunningham that she has never purchased a firearm from Uncle Sam's Loans and that she desired to "get the guns out of her name."

3. At this time, Vest provided S/A Cunningham with the following list of firearms that are listed in Uncle Sam's computer system as being sold to Vest;

    - Browning 12 gauge shotgun, model: BPS, serial number: 07266MN121
    - Browning 12 gauge shotgun, model: Maxus, serial number: 115MN16644
    - Beretta 50 caliber rifle, model: 50 BMG, serial number: AA600490
    - Glock 40 caliber, model: 22, serial number: RKR130
    - Browning rifle, model" A Bolt II, 22/250 rifle, serial number: 14041MR351
    - Ruger mini 14, .223 caliber rifle, serial number: 581-68901

| Prepared by: Guy R. Cunningham | Title: Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Lissa G. Jordan | Title: Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0001 | Report Number: 3 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Christy A. Vest

## NARRATIVE:

1. On Thursday, May 28, 2015 at approximately 1040 hours Special Agent (S/A) G. Robert Cunningham traveled to Trinity Health Care in Logan, West Virginia in order to interview Christy A. Vest, Date of Birth: 1-14-1989, Social Security Number: ▓▓▓▓▓▓▓, of ▓▓▓▓▓▓ ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓, phone:▓▓▓▓▓▓▓▓, Cell: ▓▓▓▓▓▓▓ or Work: (▓▓▓▓▓▓▓

2. Upon arrival, S/A Cunningham was greeted by Vest.  Initially, S/A Cunningham verbally identified himself and displayed his ATF issued credentials and badge for Vest's visual inspection.  After Vest visually inspected S/A Cunningham ATF issued credentials, Vest related that she was willing to submit to an interview with S/A Cunningham.

3. Initially, S/A Cunningham explained to Vest that a recent inquiry of the firearms records at Uncle Sam's Loans in Man, West Virginia only discerned four (4) firearms being purchased in Vest's name as opposed to the six (6) firearms that Vest had originally identified.  Vest related that she still has the list of firearms that was obtained from an employee at Uncle Sam's Loans which depicts the firearms listed in Vest's name.   Vest represented that when she returned home from work she would send S/A Cunningham a copy of the list in question via text communication.

| Prepared by: Guy R. Cunningham | Title: Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Lissa G. Jordan | Title: Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0001 | Report Number: 3 |
|---|---|---|

owner of Uncle Sam's Loans.   Vest described that the reason she completed each of the ATF Form 4473's was that ADKINS paid her seventy five ($75.00) dollars each time she completed an ATF Form 4473.

6.  At this time, S/A Cunningham reviewed each of the ATF Form 4473's that was obtained from Uncle Sam's Loans with Vest.  In reviewing the documents, Vest confirmed that on both ATF Form 4473's in question, she completed items #1 through #16 and Items #24 and #25 on each document.  Vest explained that she did not know who completed Items #17 through #23 on each of the documents.  Vest explained that after she completed the forms in question, ADKINS paid her and Vest departed.  Vest stated that she never did obtain any of the firearms, much less did she ever see the firearms depicted on the ATF Form 4473's.  Vest stated that she does not know what happened to the firearms associated with the ATF Form 4473's in question.  Vest added that the only instruction ADKINS gave her concerning the completion of the ATF Form 4473's was for her to fill out the form, sign it and ADKINS would pay Vest.

7.  At this time, S/A Cunningham represented to Vest that one of the ATF Form 4473's in question was dated 4-29-2011 and the other ATF Form 4473 was dated 5-21-2011.  Vest confirmed that during that period of time she was a tenant of Muncy's and that Vest was unemployed during that period of time.

8.  Vest suggested that S/A Cunningham speak with her boyfriend, Clifford Mullins, a white, male, Date of Birth: 3/20/1985, Social Security Number: 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, of PO Box 84 Mallory, West Virginia.  Vest related that Mullins possesses information concerning additional firearms related criminal acts that ADKINS has committed.

9.  In addition to Mullins, Vest identified ADKINS' ex-wife, Beth Adkins, a white, female, Date of Birth: 8/1/1977, Social Security Number: ▓▓▓▓▓▓▓▓ of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ and Shane T. Noel, a white, male, Date of Birth: 8-17-1984, Social Security Number: ▓▓▓▓▓▓▓▓, of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, as other individuals who have told Vest that they have completed ATF Form 4473's at the request of ADKINS.  Vest stated that Noel lives on Huff Creek Road in Mallory, West Virginia.  Vest added that Noel told her that he had completed approximately twelve (12) to sixteen (16) ATF Form 4473's at the request of ADKINS.  Vest related that she understands that Noel was paid by Adkins to complete the ATF Form 4473's.  Vest did not know if Beth Adkins was paid for her services.

10. S/A Cunningham inquired if Vest knew the identity of any of the individuals who may have obtained firearms as a result of ADKINS' scheme to have a non-prohibited person complete an ATF Form 4473, but never acquire a firearm.  Vest related that she has heard that "Brian "Gummy" (LNU), who is a member of the Man Volunteer Fire Department and Corky Clay have both acquired some of the firearms in question from ADKINS.

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>5 |
|---|---|---|

## SUMMARY OF EVENTS:

Clifford Lee Mullins

## NARRATIVE:

1. On Friday, June 5, 2015, at approximately 1215 hours, Special Agent (S/A) G. Robert Cunningham traveled to the residence of Clifford Lee Mullins, a white, male, Date of Birth: 3-20-1985, Social Security Number: ███████████, of ███████████████████████████ phone: ███████████.

2. Upon arrival, S/A Cunningham was greeted by Mullins. Initially, S/A Cunningham verbally identified himself as a Special Agent with ATF and subsequently displayed his ATF issued credentials and badge for Mullins' visual inspection. After Mullins visually inspected S/A Cunningham ATF issued credentials, Mullins related that he was willing to submit to an interview with S/A Cunningham.

3. Mullins related that he was an employee at Uncle Sam's Loans from August 2004 until July 2012. Mullins stated that while he was employed at Uncle Sam's Loans, Mullins observed Steven "Noodle" ADKINS direct people to fill out ATF Form 4473's in order to get the form cleared through the NICS Center. Mullins explained that just because the individuals name was on the completed and approved ATF Form 4473 did not mean that that individual was the person who received the firearm(s) listed on the ATF Form 4473. Mullins stated that he personally observed ADKINS direct Shane Noel to complete an ATF Form 4473. After Noel completed the form, ADKINS added several Smith & Wesson model 500 revolvers to the list of firearms to be purchased. Mullins continued and explained that Noel never did receive the firearms in question. Mullins stated that many of the firearms listed on Noel's ATF Form 4473 went to Scott ELLIS or Matthew JUSTICE. Mullins estimated that a total of 12-14 firearms

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Stuart L. Lowrey | Title:<br>Special Agent in Charge, Louisville Field Division | Signature: | Date: |

EXHIBIT

20.2 (10-2004)
al Use Only

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>5 |
|---|---|---|

works at Uncle Sam's Loans, but Boyd and Riley no longer work there. Mullins related that Boyd is living in Proctor Bottom, which is near the Exxon gas station on Buffalo Creek Road, near Man, West Virginia. Mullins stated that Riley lives on Buffalo Creek Road in the Robinette Apartments.

8. Mullins related that when Corky Clay died, ADKINS purchased the firearms that Clay had left in his firearms inventory. Mullins identified the firearms from Clay's as being the bulk of the firearms ADKINS sells from his residence.

9. Mullins advised that before ADKINS started selling sporting goods equipment from his residence, Scott ELLIS would come into Uncle Sam's Loans and spend ten to fifteen thousand dollars each time ELLIS visited Uncle Sam's Loans. Mullins related that Roger Muncy noticed that ELLIS was not spending the large amounts of money at the store after a while. Mullins stated that the amount of money ELLIS spent went down because ELLIS was purchasing quantities of the stolen property and firearms that ADKINS was selling from ADKINS' residence.

10. Mullins stated that when ADKINS accumulates too much stolen property and firearms at his residence to resale, ADKINS utilizes Keith Duncan of Accoville Hollow Road in Accoville, West Virginia to sell many of the items. Mullins related that ADKINS also will purchase gold from people at ta better price than is paid at Uncle Sam's Loans.

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Uncle Sam's Loans | Investigation Number: 775020-15-0120 | Report Number: 8 |
|---|---|---|

4. After the above portion of the interview was complete, S/A Cunningham posed several questions to HERNDON concerning his knowledge of improper/illegal acts being committed that involved Uncle Sam's Loans in Man, West Virginia. HERNDON started off with stating that he has only been to Uncle Sam's Loans a few times. HERNDON explained that his former business partner, long-time friend and co-defendant, Scott ELLIS was the individual who routinely dealt with Uncle Sam's Loans. HERNDON stated that ELLIS provided the following criminal intelligence with HERNDON concerning Uncle Sam's Loans.

5. HERNDON explained that several of the venders doing business with Arch Coal were required to pay a "kickback" in order to continue to get hired to do work at the Arch coal mine. HERNDON identified Chad LUSK and ELLIS as two (2) of the individuals who were involved in paying these "kickbacks". HERNDON stated that LUSK called HERNDON and informed HERNDON that if he ever needed to generate cash in order to pay the required "kickbacks" that Steven "Noodle" ADKINS at Uncle Sam's Loans, would help out with generating cash. HERNDON related that he never did utilize ADKINS in order to generate cash to pay the "kickbacks." HERNDON added that LUSK and ADKINS were very close friends.

6. At this time, S/A Cunningham asked HERNDON to explain how ADKINS was utilized to generate cash in the scheme in question. HERNDON explained that the individuals needing cash would bring a check to Uncle Sam's Loans for a predetermined amount (e.g. $12,000). ADKINS would create fictitious sales receipts, made out in either the coal company (e.g. Mount Laurel) or the vendors company name, (e.g. Tri-State mine supply) for "supplies", "boots" or some other innocuous product. ADKINS would then give the individual needing cash change in an amount less than the check, (e.g. $8,000) and no actual purchase of goods took place. HERNDON explained that when he and ELLIS became business partners HERNDON noticed invoices and checks in the tens of thousands of dollar range written on the business checking account to Uncle Sam's Loans. HERNDON related that he questioned ELLIS about the invoices and checks. HERNDON stated that ELLIS claimed that the transactions took place before he and HERNDON became business partners. HERNDON related that when he saw the checks written to Uncle Sam's Loans, it was obvious to him that the checks were written in furtherance of the money laundering/ "kickback" scheme.

7. HERNDON related that in addition to LUSK and ELLIS, most all of the mine equipment repair shop owners in the area dealt with Uncle Sam's Loans and ADKINS specifically. HERNDON explained that this cash generating scheme has been going on for years at Uncle Sam's Loans. HERNDON stated that ELLIS'S step-father, Harvey Mills use to generate cash the same way at Uncle Sam's Loans, except Mills utilized Roger MUNCY, the original owner of Uncle Sam's Loans, to generate the cash needed to fulfill the "kickback" scheme. HERNDON advised that ELLIS originally dealt with MUNCY to generate cash. After MUNCY had serious health

ATF EF 3120.2 (10-2004)
For Official Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>32 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Alice Faye Blair

## NARRATIVE:

1. On Monday, September 14, 2015 at approximately 1310 hours, Special Agent (S/A) G. Robert Cunningham traveled to the residence of Alice Faye Blair, a white, female, Date of Birth: 9-13-1949, Social Security Number: ▉▉▉▉▉▉, of ▉▉▉▉▉▉▉▉▉▉▉▉▉, phone: ▉▉▉▉▉▉▉.

2. Upon arrival, S/A Cunningham was greeted by Blair.  Initially, S/A Cunningham verbally identified himself as a Special Agent with ATF and subsequently displayed his ATF issued credentials and badge for Blair's visual inspection.  After Blair visually inspected S/A Cunningham ATF issued credentials, Blair related that she was willing to submit to an interview with S/A Cunningham.  At this time Blair and S/A Cunningham walked out into the front yard area of Blair's residence in order to commence with the interview.

3. Initially, S/A Cunningham spoke with Blair concerning her employment with Uncle Sam's Loans.  Blair stated that she does not work at Uncle Sam's Loans any longer.  Blair explained that she worked at Uncle Sam's Loans in the past, when they needed extra help.  Blair estimated that she worked at Uncle Sam's Loans on and off for approximately five (5) years.  Blair stated that she worked at Uncle Sam's Loans between approximately 2010 through 2015.  When S/A Cunningham inquired about if Blair was paid for working at Uncle Sam's Loans by check or in cash, Blair held up her hands and showed S/A Cunningham multiple pieces of jewelry.  Blair then explained that instead of being paid by Roger and Louise Muncy in United States currency, the Muncy's would give Blair merchandise, typically jewelry, in exchange for her services rendered.

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Stuart L. Lowrey | Title:<br>Special Agent in Charge, Louisville Field Division | Signature: | Date: |

EXHIBIT

...2 (10-2004)
...se Only

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>32 |
|---|---|---|

8. Blair denied knowing anything about checks being cashed at Uncle Sam's Loans, or large numbers of firearms being purchased by one individual while Blair worked at Uncle Sam's Loans.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Uncle Sam's Loans | 775020-15-0120 | 7 |

as a clerk, but after approximately one (1) year of employment at Uncle Sam's Loans, Adkins quit her job. Adkins explained that Steven ADKINS has been a long time employee at Uncle Sam's Loans. In approximately the spring of 2013 ADKINS became a part owner of Uncle Sam's Loans. Adkins related that she understood that since she was married to ADKINS at the time that he became an owner that she had an interest in the business as well. Adkins related that in the divorce she learned that she was not an owner in Uncle Sam's Loans, just Steven ADKINS.

5. Adkins submitted that during her period of employment at Uncle Sam's Loans she observed Steven ADKINS direct several people to fill out ATF Form 4473's as if they were the buyer of the firearm(s) in exchange for a nominal fee paid to the applicant by Steven ADKINS and/or Uncle Sam's Loans. Adkins related that the applicants on the ATF Form 4473's had no intention of purchasing a firearm, they simply were looking to get paid to fill out the form. Elizabeth Adkins continued and related that after these individuals completed the ATF Form 4473, the people would get paid and leave the store. The completed ATF Form 4473 would have the firearm description added to the firearms section of the ATF Form 4473 and be submitted to the NICS Center for approval. The firearms listed on the ATF Form 4473's would then be distributed to people associated with the local coal companies. Adkins described these individuals from the coal companies as "big spenders." Adkins related that when these "big spenders" bought firearms, Steven ADKINS would fill out the receipt as being tools, boots or some other item associated with the coal business, instead of being a firearm. The total bill for the firearms would be added to coal companies store credit account.

6. Adkins described the individuals that Steven ADKINS solicited to fill out ATF Form 4473's in exchange for payment as people who were poor and really could use an extra twenty ($20) dollars simply for signing a document. Adkins also related that some of the individuals ADKINS paid to complete the ATF Form 4473's were addicted to prescription medication and needed the extra money to fund their addiction. One person Adkins identified as being addicted to prescription medication that ADKINS utilized to falsely complete ATF Form 4473's was Brittany Browning. At this time, S/A Cunningham showed Adkins a West Virginia Driver's License photo of Brittany Ann Browning, a white, female, Date of Birth: 3-10-1990, Social Security Number: ▮▮▮▮▮▮▮▮▮, of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, WV OLN: ▮▮▮▮▮▮. Immediately upon viewing the photograph of Browning, Adkins identified the photograph as being the same Brittany Browning that Adkins described above. Adkins related that Browning has a bad drug addiction. Browning's addiction is so bad that the State of West Virginia has had to take her children from her a couple different times. Adkins was unsure of the current location of Browning's residence, but stated that she lived in the Buffalo Creek area, near Man, West Virginia.

7. S/A Cunningham inquired if Steven ADKINS had ever used any of the falsely completed ATF Form 4473's to distribute firearms to convicted felons or other prohibited individuals. Adkins

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>7 |
| --- | --- | --- |

11. Adkins identified Scott Ellis as one person who routinely conducted the above described firearms transactions with Steven ADKINS. Elizabeth Adkins related that all of the employees who work at Uncle Sam's Loans are aware of the scam that ADKINS is involved in concerning ADKINS directing that false ATF Form 4473's are completed, less the firearm information. Adkins stated that the current employees cover for ADKINS, because they are afraid of getting fired. Adkins identified herself, Melinda Boyd and Clifford Mullins as being former employees at Uncle Sam's Loans. Adkins was unable to recall the identity of any former employees.

12. Adkins related that Steven ADKINS purchased a great deal of stolen merchandise from John Collins. Adkins explained that Collins stole ammunition, firearms and other outdoor supplies from Gander Mountain in Beckley and Charleston, West Virginia. Collins would sell the stolen property to ADKINS, who sold the property to consumers. Adkins stated that a great deal of the stolen property from John Collins ended up being sold to Matt Justice. Adkins added that Justice is a "prepper" and that he stocks up on ammunition, firearms and other survival goods.

13. Adkins related that her role in the business Steven ADKINS was operating while they were married was that Elizabeth Adkins ran around to various locations to pick up firearms for ADKINS to sell from their residence. Adkins submitted that she went to Kentucky to pick up firearms on behalf of ADKINS, as well as other gun shops in West Virginia. Adkins related that she recalled filling out an ATF Form 4473 to purchase a pistol from a gun shop in Kentucky, but Adkins could not recall the name of the gun shop. Adkins added that she recalls picking up firearms from Uncle Bill's gun shop in Williamson, West Virginia for Steven ADKINS, but did not recall filling out an ATF Form 4473. In addition to acquiring firearms for ADKINS' unlicensed home gun business, Elizabeth Akins would take care of customers who visited when ADKINS was not home.

14. Adkins explained that she did not get any financial profit from the business Steven ADKINS was operating from their residence. Adkins stated that in order to go to the store to buy food, Steven ADKINS would only give Adkins a fifty dollar bill. Adkins stated that Steven ADKINS kept all of his money in a safe at the residence. Elizabeth Adkins stated that Steven ADKINS refused to give Adkins the combination to the safe. Adkins continued and stated that if you look at the big house ADKINS has and then realize that Steven ADKINS only pays two hundred sixty five ($265.00) dollars per month in child support payments, it is obvious that ADKINS either knows someone in political power or is hiding the money he makes. Adkins inquired if any charges would be brought against ADKINS. S/A Cunningham explained that he has only been working on the investigation at hand a short time and that he was not in a position to forecast if anyone was going to be criminally charged. Adkins reiterated that the public sentiment is that ADKINS has so many connections to powerful people in Logan County that he would never be charged with a crime. Adkins also advised that she met with the FBI and West Virginia State Police a couple years ago. Adkins stated that she was interviewed about

ATF EF 3120.2 (10-2004)<br>For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Report of Investigation

| Title of Investigation:<br>Uncle Sam's Loans | Investigation Number:<br>775020-15-0120 | Report Number:<br>37 |
| --- | --- | --- |

## SUMMARY OF EVENTS:

Roger & Louise Muncy residence

## NARRATIVE:

1. On Monday, October 5, 2015 conducted a search to determine the boundaries of the City of Man, West Virginia.  In searching, S/A Cunningham discerned a map on Google Maps which portrayed the City Limits of the Man, West Virginia, as depicted below.

| Prepared by:<br>Guy R. Cunningham | Title:<br>Special Agent, Charleston Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Lissa G. Jordan | Title:<br>Resident Agent in Charge, Charleston Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Peter A. Pappas | Title:<br>Acting Special Agent in Charge, Louisville Field Division | Signature: | Date: |

EXHIBIT

(10-2004)
Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Uncle Sam's Loans | 775020-15-0120 | 37 |

attached below;



3. This query was initiated as a result of S/A Cunningham's unanswered question concerning why Roger and Louise MUNCY would each list their business address on their government issued identification, have their vehicles registered at their business address and why the MUNCY'S would provide their business address as their residential address on each ATF 4473 that they complete. In the course of this investigation, S/A Cunningham learned that Roger MUNCY holds an elected position on the Man, West Virginia City Counsel. After determining that Roger MUNCY resides outside of the City Limits of Man, West Virginia, it became clear that at least one (1) reason for MUNCY fraudulently listing 200 Main Street Man West Virginia as his residential address is that 200 Main Street is located within the City Limits of Man, West Virginia. Therefore, in order to be eligible to seek an elected position on City Counsel, MUNCY has intentionally misrepresented his residential address on many government forms and documents.

ATF EF 3120.2 (10-2004)
For Official Use Only



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

**300 Summers Street, Suite 1400**
**Charleston, West Virginia 25301**

www.atf.gov

**October 8, 2014**

775060:DLM
5300

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Stephen Adkins
Uncle Sams Loans, Inc.
200 Main Street
Man, WV 25635

RE: FFL # 4-55-045-02-5E-08677

Dear Mr. Adkins:

This letter is a follow-up to the warning conference held with you on October 8, 2014 at the ATF office in Charleston, WV. During this conference, the violations cited during the inspection covering the period of April 24, 2013 to April 24, 2014 and the necessary corrective action to prevent the violations from reoccurring were discussed.

You were given the opportunity to comment on the violations and what specific actions you have taken to ensure that the violations will not reoccur:

Regarding violation #1, involving the three (3) unreported Multiple Sales Reports, you stated ATF Form 3310.4, Report of Multiple Hand Sales was filed with ATF and the local CLEO. Also, you are maintaining a continuous list of handgun purchasers and checking daily for other purchases of handguns by the same individual within five (5) consecutive days.

Regarding violation #2, involving the completion of ATF Forms 4473, Section B, you stated that two employees will be reviewing ATF Forms 4473 for corrections needed prior to transferring a firearm to an individual.

Regarding violation #3, involving a two (2) firearm discrepancy between the A&D Record and the physical inventory, you stated that ATF Form 3310.11, Firearms Theft/Loss Report was submitted for one (1) unaccounted firearm and the other firearm found in inventory was entered



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Steven Adkins
Uncle Sams Loans, Inc.
200 Main Street
Man, WV  25635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Steven Adkins*   ☐ Agent   ☒ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*Steven Adkins*   10/09/14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 1830 0003 3806 1590

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.46 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.94 |

Postmark
Here

Sent To
Mr. Stephen Jenkins - Uncle Sams Loans
Street, Apt. No.; or PO Box No.
200 Main Street
City, State, ZIP+4
Man, WV 25635

PS Form 3800, August 2006   See Reverse for Instructions

7008 1830 0003 3806 1590

-2-

Uncle Sams Loans, Incorporated

We will conduct a follow-up inspection in the future. Any violations, either repeat or otherwise, could be viewed as willful and may result in the revocation of your license.

Please contact Industry Operations Investigator (IOI) Cross at (304) 340-7823 to confirm this appointment, and to ask any questions you may have regarding this conference. I look forward to meeting you to resolve these issues.

Sincerely,

Daniel L. Moorman
Area Supervisor
Charleston, WV IO Field Office

Enclosure

cc: David D. Johansen, Director, Industry Operations
    National Licensing Center
    Charleston IO Field Office

**Uncle Sam's Loans, Inc.**

PHONE 583-6969

**LICENSED PAWN BROKER**

200 MAIN STREET
MAN, WEST VIRGINIA 25635

To Whom It May Concern

I Dorothy L. Muncy owner of Uncle Sams Loans
sold to Steven Lamar Adkins a part of
Uncle Sam's Loans he is now part owner.
FFL  4·55- 045-02- 5E- 08677

Sig
Dorothy L Muncy

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 2 of |
|---|---|---|---|---|---|---|
| UNCLE SAMS LOANS INC | 200 MAIN STREET | MAN | WV | 25635- | LOGAN | 4 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 4550450025E08677 | 5/15/2015 | 04/24/2014 through 05/10/2014 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 2

**Nature of Violation:**

Failure to properly execute ATF Forms 4473. In Section B, Item # 21a," Date the Transferee's Identifying Information in Section A was transmitted to NICs or the appropriate State agency: (Month/Day/Year)", was left blank in one (1) instance and in one (1) instance the Month/Day were recorded, but the year was left blank.

In Section B, Item # 21c, "The response initially provided by NICS", was left blank in 29 instances.

In Section B, Item # 21d, "If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency;" was left blank in four (4) instances.

**Citation:** 27 CFR 478.124(c)(3)(iv)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee was instructed in the correct procedure for completing and reviewing ATF Forms 4473. From this point forward, the licensee shall ensure that all ATF Forms 4473 are properly executed.
*(If not corrected immediately)*

ATF E-Form 5030.5
Revised April 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City. | State | Zip Code | County | Page 4 of |
| UNCLE SAMS LOANS INC | 200 MAIN STREET | MAN | WV | 25635- | LOGAN | 4 Pages |

| License/Permit/Registry Number *(if any)* | Expiration Date | Date(s) or Period of Inspection |
| 4550450025E08677 | 5/15/2015 | 04/24/2014  through  05/10/2014 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:**  5

**Nature of Violation:**
The licensee failed to notify ATF of change in control within 30 days of such change by written notification for part-owner Mr. Steven Adkins, who has been operating as such for more than 120 days.

**Citation:**   27 CFR 478.54

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**  The licensee was instructed to notify ATF licensing by
*(If not corrected immediately)*    written notification of the change in control, forward a photo
id, and  fingerprint card, for Mr. Steven Adkins, part-owner
and Responsible Person (RP).

| | |
|---|---|
| I Have Received a Copy of This Report of Violations   *(Proprietor's signature and title)* | Date   6 - 11 - 14 |
| Signature and Title of ATF Officer | Date   6/11/14 |

ATF E-Form 5030.5
Revised April 2005

For Official Use Only

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Uncle Sam's Loans, LLC | 775060-2014-0076 |

| | TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| 7. | **FIREARMS & AMMUNITION MANUFACTURERS**   N/A ☑ | | |
| | Manufacturer Definition | 478.11 and 479.11 | 37 & 82 |
| | Markings | 478.92 & 479.102 | 50-51 & 91-92 |
| | Records | 478.123 and 478.125(i) | 63 & 184 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| | Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.103 | 92 |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| 8. | **NFA DEALER**   N/A ☑ | | |
| | Authorized Operations | ATF Ruling 76-22 | 125 |
| | NFA Firearms | Part 479 | 79-97 |
| | General Information / ATF P 5320.8** | Q&A Section M | 186-189 |
| | Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| 9. | **IMPORTER**   N/A ☑ | | |
| | Importer Definition | 478.11 | 37 |
| | Importation Acquisition & Disposition Record | 478.122 and 478.125(i) | 62 & 67 |
| | Markings | 478.92 & 479.102 | 50-51 & 91-92 |
| | ATF Forms 6 and 6A** | 478.112 | 57-58 |
| | Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.111-479.113 | 93-95 |
| 10. | **EXPORTATION**   N/A ☑ | | |
| | Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 98-100 |
| 11. | **SCHOOL ZONE**   N/A ☑ | ATF P 5310.1** | |
| | If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone". | | |
| 12. | **GENERAL QUESTIONS AND ANSWERS** | | 169-201 |

Investigator   IOI Sherri Cross   explained this information to me o6/11/2014
and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_Donald L. Mun._   6-11-14
Applicant's/Licensee's Signature and Date

_IOI Sherri L. Cross_   6/11/14
ATF Investigator Signature and Date

**ATF Website:  www.atf.gov**
**ATF Office Contact #: (304-340-7820)**
Additional ATF Publications** Sherri Cell # 304-541-7717
ATF P 3317.2 - Safety Security Information for Federal Firearms Licensees
ATF P 5300.15 - Federal Firearms Licensee Quick Reference and Best Practices Guide

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-455-7801 |
| **REPORTING THEFTS** | 888-930-9275 |
| | 800-800-3855 |

*Revised 1:10/2013*

** Provide a copy of the form or publication and explain the requirements for completing the forms.   Page 2 of 2

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Uncle Sam's Loans, Inc. | 775060-2009-0041 |

| Topic | | | | 27 CFR | Page Number |
|---|---|---|---|---|---|
| **7. GUNSMITH ACTIVITIES** | | N/A ✓ | | | |
| ☐ | Gunsmithing        (Also, see Q&A section I) | | | 478.124(a) | 64 & 185 |
| ☐ | Gunsmith Recordkeeping | | | 478.124(a) & .125(e), ATF Rul. 77-1 | 64, 67 & 126 |
| ☐ | Firearms & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| **8. NFA DEALER** | | N/A ✓ | | | |
| ☐ | Authorized Operations | | | ATF Ruling 76-22 | 126 |
| ☐ | General Information | | | Q&A -- M11 & M12 | 188 |
| ☐ | Special Occupational Tax ** | | | 479.32 - 479.37 | 85-87 |
| ☐ | NFA Firearms | | | Part 479 | 80-98 |
| **9. IMPORTER** | | N/A ✓ | | | |
| ☐ | Importer Definition | | | 478.11 | 38 |
| ☐ | ATF Forms 6 and 6A ** | | | 478.112 | 58-59 |
| ☐ | Importation Acquisition & Disposition Record | | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ | Markings | | | TD ATF-461, 478.92 & 479.102 | 51-52 & 92-93 |
| ☐ | NFA Firearms | | | 479.111 - 479.113 | 94-95 |
| ☐ | Firearm & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| **10 EXPORTATION** | | | | | |
| ☐ | Arms Export Control Act of 1976 | N/A ✓ | | Part 447 | 99-101 |
| **11. FIREARMS & AMMUNITION MANUFACTURERS** | | N/A ✓ | | | |
| ☐ | Manufacturer Definition | | | 478.11 and 479.11 | 38 & 83 |
| ☐ | Markings | | | TD ATF-461 & 478.92 | 51-52 |
| ☐ | Records | | | 478.123 & 478.125(i) | 64 & 68 |
| ☐ | Firearms & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| ☐ | NFA Firearms | | | 479.103 | 93 |
| ☐ | Special Occupational Tax ** | | | 479.32 - 479.37 | 85-87 |
| ☐ | Annual Firearms Manufacturing & Exportation Report | | | Part 53 | ATF F 5300.11 |
| **12. SCHOOL ZONE** | | N/A ✓ | | | |
| ☐ | If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable containers, etc.). | | | | |

**\*\* Provide copy of form and explain requirements to complete.**

The investigator explained the above information to me on _8/10/09_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_Melinda Boyd_
Applicant's/Licensee's Signature and Date

_[signature]_  8/10/09
ATF Investigator Signature and Date

ATF Website: www.atf.gov
Area Office Phone: _304-340-7820_

Tracing Center
1-800-788-7133

Reporting Thefts
1-888-930-9275

*Revised 11/07/08*

1-800-800-3855

-2-

Dorothy L. Muncy, President

We will conduct a follow-up inspection in the future. Any violations whether repeat or otherwise could be viewed as willful and may result in the revocation of your license.

Please contact Area Supervisor Cynthia York at (859) 219-4508 or me at (502) 753-3405 to confirm this appointment and to ask any questions you may have regarding this meeting. I look forward to meeting with you to discuss these issues.

Sincerely yours,

David D. Johansen
Director, Industry Operations
Louisville Field Division

Enclosure

cc:  National Licensing Center
     Lexington II Field Office
     IOI Douglas Dillow

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Report of Violations

### Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 2 of |
|---|---|---|---|---|---|---|
| Uncle Sams Loans, Inc. | 200 Main Street | Man | WV | 25635- | Logan | 4 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 455045029E08677 | 5/1/2009 | 04/16/2008  through  05/06/2008 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 3

**Nature of Violation:**
On three occasions the licensee failed to conduct a background check prior to transferring a firearm. On three occasions the licensee transferred a firearm to a non-licensee without contacting NICS for a background check. The licensee transferred the firearms to a gunsmith for repair and the gunsmith returned the firearms during the inspection. The gunsmith does not have an FFL.

**Citation:** 27 CFR 478.102

**Date Corrections to be Made:** *(If not corrected immediately)*

**Corrective Action to be Taken:** Ensure to execute an ATF Form 4473 and conduct a NICS *(If not corrected immediately)* check prior to transferring a firearm to any non-licensee.

ATF F. Form  9410 5

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 4 of |
|---|---|---|---|---|---|---|
| Uncle Sams Loans, Inc. | 200 Main Street | Man | WV | 25635- | Logan | 4 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 455045029E08677 | 5/1/2009 | 04/16/2008 through 05/06/2008 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

decided to leave the firearm at the store while waiting on a used. The firearm was logged out to the customer. It was also found that the licensee failed to log out all of the firearms that were reported as lost during the last inspection. The firearms were properly logged during this inspection.

Citation: 27 CFR 478.125(e)

| I Have Received a Copy of This Report of Violations | *(Proprietor's signature and title)* | | Date |
|---|---|---|---|
| Dorath D. Munn - President | | | 5/29/2008 |
| Signature and Title of ATF Officer | Douglas J. Keller Investigator | | Date 5/29/2008 |

For Official Use Only

ATF E-Form 5030.1

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Uncle Sam's Loans, Inc. | 775025-2008-0234 |

**Topic**                                                                      **27 CFR**      **Page Number**

**7. GUNSMITH ACTIVITIES**          N/A ☒
- Gunsmithing      (Also, see Q&A section I)                            478.124(a)            64 & 185
- Gunsmith Recordkeeping                      478.124(a) & .125(e), ATF Rul. 77-1      64, 67 & 126
- Firearms & Ammunition Excise Tax - Contact TTB            Part 53  1-877-882-3277

**8. NFA DEALER**          N/A ☒
- Authorized Operations                                   ATF Ruling 76-22            126
- General Information                                   Q&A – M11 & M12            188
- Special Occupational Tax **                          479.32 - 479.37            85-87
- NFA Firearms                                              Part 479            80-98

**9. IMPORTER**          N/A ☒
- Importer Definition                                        478.11              38
- ATF Forms 6 and 6A **                                      478.112            58-59
- Importation Acquisition & Disposition Record          478.122 & 478.125(i)      63-64 & 68
- Markings                      TD ATF-461, 478.92 & 479.102      51-52 & 92-93
- NFA Firearms                                   479.111 - 479.113            94-95
- Firearm & Ammunition Excise Tax - Contact TTB            Part 53  1-877-882-3277

**10 EXPORTATION**
- Arms Export Control Act of 1976                          Part 447            99-101

**11. FIREARMS & AMMUNITION MANUFACTURERS**  N/A ☒
- Manufacturer Definition                              478.11 and 479.11          38 & 83
- Markings                                   TD ATF-461 & 478.92            51-52
- Records                                   478.123 & 478.125(i)          64 & 68
- Firearms & Ammunition Excise Tax - Contact TTB            Part 53  1-877-882-3277
- NFA Firearms                                             479.103              93
- Special Occupational Tax **                          479.32 - 479.37            85-87
- Annual Firearms Manufacturing & Exportation Report      Part 53  ATF F 5300.11

**12. SCHOOL ZONE**          N/A ☒
- If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable containers, etc.).

** **Provide copy of form and explain requirements to complete.**

The investigator explained the above information to me on <u>5/6/08</u> and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_Applicant's/Licensee's Signature and Date_     5-6-08          _ATF Investigator Signature and Date_  5/6/2008

**ATF Website:** www.atf.gov
  Area Office Phone: (304) 340-7820 Fax: (304) 340-7821
_Revised 4/13/06_                                    Page 2 of 2

Tracing Center                  Reporting Thefts
1-800-788-7133                  1-888-930-9275
                                1-800-800-3855

Melinda Boyd  5-6-08

-2-

Uncle Sam's Loans, Inc.

Please contact Investigator Ryan Davis at (304) 347-5172 or me at (859) 219-4508 to confirm this appointment, and to ask any questions that you may have regarding this conference.  I look forward to meeting with you to resolve these issues.

Sincerely,

Cynthia K. York
Area Supervisor
Lexington II Field Office

Enclosure

cc:  National Licensing Center
      Director, Industry Operations
      Lexington Area Office
      IOI Ryan Davis

**COPY**

-2-

Uncle Sam's Loans, Inc.

been implemented to help prevent A&D record discrepancies. Segments of the firearms business have been segregated from the rest of the store. A separate computer and printer have been obtained to help maintain the acquisition and disposition record. Furthermore, one office has been designated for the manager, whose sole responsibility is overseeing the firearms business. You also report that a physical inventory is taken every two to three months to ensure compliance with recordkeeping requirements and for maintaining better inventory control.

The violations for which you were cited could adversely impact law enforcement's ability to reduce violent crime and protect the public. You are reminded that future violations, repeat or otherwise, could be viewed as willful and may result in the revocation of your license. You may anticipate further inspections to ensure your compliance.

Please contact us if you have any questions concerning your responsibilities as a licensee or if you require further clarification about particular requirements of Federal firearms laws.

Sincerely yours,

Cynthia K. York
Area Supervisor
Lexington IO Field Office

Enclosure

cc: National Licensing Center
Director, Industry Operations
Lexington IO Field Office

---

**SENDER: COMPLETE THIS SECTION**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

7002 0510 0004 2964 8844

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To UNCLE SAM'S LOANS INC
Street, Apt. No. or PO Box No. 200 MAIN ST
City, State, ZIP+4 MAN, WV 25635

**COMPLETE THIS SECTION ON DELIVERY**

Signature: Melinda Boyd ☐ Agent ☐ Addressee

Received by (Printed Name): Linda Boyd   C. Date of Delivery

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

Restricted Delivery? (Extra Fee) ☐ Yes

7004 2964 8844

102595-02-M-1035

Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

**Instructions**

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor<br>Uncle Sams Loans, Inc. | Street Address<br>200 Main Street | City<br>Man | State<br>WV | Zip Code<br>25635- | County<br>Logan | Page 2 of<br>3 Pages |
|---|---|---|---|---|---|---|

| License/Permit/Registry Number *(if any)*<br>9A5029E08677 | Expiration Date<br>5/1/2009 | Date(s) or Period of Inspection<br>04/30/2007 through 05/25/2007 |
|---|---|---|

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 3

**Nature of Violation:**
Failure to provide ATF Information 5300.2, Youth Handgun Safety Act Notice, to handgun transferees. At least 300 handguns were transferred during the inspection period.

**Citation:** 27 CFR 478.103(c)

Date Corrections to be Made: 05/09/2007
*(if not corrected immediately)*
Corrective Action to be Taken: provide ATF I 5300.2 to transferee for all handgun transfers.
*(if not corrected immediately)*

**Number:** 4

**Nature of Violation:**
Failed to report one multiple handgun sale. Two handguns were sold to the same person without an ATF Form 3310.4 being executed and then forwarded to ATF and local law enforcement.

**Ci**  **n:** 27 CFR 478.126a

Date Corrections to be Made: 05/25/2007
*(if not corrected immediately)*
Corrective Action to be Taken: Execute ATF Form 3310.4, and forward to ATF and local law enforcement
*(if not corrected immediately)*

**Number:** 5

**Nature of Violation:**
On two ATF Forms 4473, item 21a was left blank.

**Citation:** 27 CFR 478.124(c)(3)(iv)

Date Corrections to be Made: 05/09/2007
*(if not corrected immediately)*
Corrective Action to be Taken: Execute item 21a on the ATF Form 4473.
*(if not corrected immediately)*

ATF E-Form 5030.5<br>Revised April 2005

PHONE 583-6969

# Uncle Sam's Loans, Inc.

**LICENSED PAWN BROKER**

200 MAIN STREET
MAN, WEST VIRGINIA 25635

7-5-07

Attn: Chief Licensing Dept.

I Dorothy Louise Muncy have replaced Roger Muncy as President of Uncle Sam's Loans. I am currently President and Secretary. Roger Muncy is still the incorporator.

Thank you

Dorothy B Muncy

E 2

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| 0   Uncle Sam's Loans, Inc | 0  77805-2006-0519 |

| Topic | | 27 CFR | Page Number |
|---|---|---|---|
| 7. GUNSMITH ACTIVITIES | N/A ☒ | | |
| ☐ Gunsmithing    (Also, see Q&A section I) | | 478.124(a) | 64 & 185 |
| ☐ Gunsmith Recordkeeping | | 478.124(a) & .125(e), ATF Rul. 77-1 | 64, 67 & 126 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| | | | |
| 8. NFA DEALER | N/A ☒ | | |
| ☐ Authorized Operations | | ATF Ruling 76-22 | 126 |
| ☐ General Information | | Q&A -- M11 & M12 | 188 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ NFA Firearms | | Part 479 | 80-98 |
| | | | |
| 9. IMPORTER | N/A ☒ | | |
| ☐ Importer Definition | | 478.11 | 38 |
| ☐ ATF Forms 6 and 6A ** | | 478.112 | 58-59 |
| ☐ Importation Acquisition & Disposition Record | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ Markings | | TD ATF-461, 478.92 & 479.102 | 51-52 & 92-93 |
| ☐ NFA Firearms | | 479.111 - 479.113 | 94-95 |
| ☐ Firearm & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| | | | |
| 10 EXPORTATION | | | |
| ☑ Arms Export Control Act of 1976 | | Part 447 | 99-101 |
| | | | |
| 11. FIREARMS & AMMUNITION MANUFACTURERS | N/A ☒ | | |
| ☐ Manufacturer Definition | | 478.11 and 479.11 | 38 & 83 |
| ☐ Markings | | TD ATF-461 & 478.92 | 51-52 |
| ☐ Records | | 478.123 & 478.125(i) | 64 & 68 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| ☐ NFA Firearms | | 479.103 | 93 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ Annual Firearms Manufacturing & Exportation Report | | Part 53 | ATF F 5300.11 |
| | | | |
| 12. SCHOOL ZONE | N/A ☒ | | |
| ☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable containers, etc.). | | | |

**  Provide copy of form and explain requirements to complete.

The investigator explained the above information to me on 5/25/07 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_Melinda Boyd_                    5/25/07

_Dirty J Min_                      5/25/07

Applicant's/Licensee's Signature and Date

_Ryan Dam_                        5/25/07

ATF Investigator Signature and Date

ATF Website: www.atf.gov
Area Office Phone: _____

| Tracing Center | Reporting Thefts |
|---|---|
| 1-800-788-7133 | 1-888-930-9275 |
| | 1-800-800-3855 |

*Revised 4/13/06*                    E12                    Page 2 of 2

**Employees, actions by:**

Moreno d/b/a CWS v. ATF, 2015 U.S. Dist. Lexis 48880 (W.D. Tex. 4/13/15)
2nd Amendment Guns v. ATF, 2014 WL 7051753 (D. Or. 11/12/14) (R&R)
Kimberl v. DIO, 3:13cv00360 (W.D. Ky.9/4/14) – *unpub**
Khorram v. Holder, 3:13cv351 (N.D. Fla. 7/15/14) – *unpub**
Loki Weapons System v. US, 11-cv-392 (E.D. Okla. 10/25/12) – *unpub**
Gladden v. Bangs, 2012 WL 604027 (E.D. Va. 2/23/12)
Bankston v. Then, 615 F.3d 1364 (11th Cir. 8/26/10)
Augustson v. Holder, 728 F. Supp. 2d 1279 (D.N.M. 2010)
Shawano Gun & Loan v. Hughes, 2010 WL 3062847 (E.D. Wis. 8/2/10)
Oconee Sporting v. Compton, No. 309cv090 (S.D. Ga. 6/23/10)--*unpub**
Bankston v. Then, No. 3:09cv344 (N.D. Fla. 1/20/10) – *unpub**
Cooper v. Mukasey, No. 06cv894 (W.D. Mo. 11/21/08) – *unpub**
Ky Imports v. U.S., 2006 WL 3043420 (W.D. Ky. 10/24/06)
Stein's v. Blumenthal, 649 F.2d 463 (7th Cir. 1980)



649 F.2d 463, *; 1980 U.S. App. LEXIS 14229, **;
61 A.L.R. Fed. 496

not made any false statement as to any material fact, in connection with his application; and

(E) the applicant has in a State (i) premises from which he conducts business subject to license under this chapter or from which he intends to conduct such business within a reasonable period of time, or (ii) in the case of a collector, premises from which he conducts his collecting subject to license under this chapter or from which he intends to conduct such collecting within a reasonable period of time.

[**3]  The plaintiff invoked its right to an informal hearing before a hearing officer. At that hearing, held on April 4, 1978, three inspectors for the Bureau of Alcohol, Tobacco and Firearms testified for the government. Numerous exhibits showing the results of several investigations made of the plaintiff's business over a period of several years were also introduced. This evidence established that the plaintiff had repeatedly failed to adhere to the Secretary's recordkeeping requirements. The evidence also showed that the recordkeeping requirements had been explained to the plaintiff's president, Kenneth Stein, several times but that violations persisted. The plaintiff's president testified in defense of the charges. He admitted that there had been violations, attributed them to employee error, and generally denied that the violations were willful. He also maintained that most of the violations were of technical requirements and promised that measures had and would continue to be taken to ensure that the violations would not occur.

The hearing officer in his report found that the government had established repeated violations "for relatively minor things" as well as some more serious [**4] violations. The report, however, contained no explicit findings as to willfullness. Instead, the hearing officer, apparently of the opinion that nonrenewal of the license was too severe a penalty for the infractions found, recommended that the original denial be reversed and the application be granted. [2]

2. The hearing officer's report states, "In my judgment, Mr. Stein appears sincere in his efforts to make the changes necessary to prevent future violations. I feel that he should be given one more opportunity to prove his intentions." During oral argument before this court, the plaintiff suggested that this was tantamount to a finding that the violations were not willful. We, however, agree with the Secretary that the hearing officer was merely suggesting that the license nonrenewal was too drastic a sanction for the violations committed. The plaintiff has not suggested in this court or the district court that the penalty, even if authorized, was unduly severe. In any event, the

courts under 18 U.S.C. § 923(f)(3) may only determine whether the Secretary's decision is "authorized." Selecting an appropriate penalty for the violations found is a matter committed to the Secretary's discretion. See Nowicki v. United States, 536 F.2d 1171 (7th Cir. 1976), cert. denied, 429 U.S. 1092, 97 S. Ct. 1103, 51 L. Ed. 2d 537 (1977); G. H. Miller & Co. v. United States, 260 F.2d 286, 295 (7th Cir. 1958) (en banc ), cert. denied, 359 U.S. 907, 79 S. Ct. 582, 3 L. Ed. 2d 572 (1959).

[**5]  [*465]   The hearing officer's recommendation was overruled by the Administrator. At the end of the report is the following notation, signed by the Administrator:

I disagree with the recommendation of the Hearing Officer. My decision is that the denial of the renewal application should stand.

More formal findings denying the plaintiff's application were later prepared which incorporated the reasons specified in the Administrator's original denial. These were sent to the plaintiff along with a "Final Notice of Denial or Revocation of License" dated April 26, 1978.

The plaintiff then initiated this suit under 18 U.S.C. § 923(f)(3) in the district court. [3] The defendant responded by filing an answer and a motion for summary judgment. The motion was accompanied by a certified copy of the administrative record. The plaintiff in turn filed an affidavit of its president which denied in general terms that any of the violations were willful.

3.     18 U.S.C. § 923(f)(3) provides:

If after a hearing held under paragraph (2) the Secretary decides not to reverse his decision to deny an application or revoke a license, the Secretary shall give notice of his decision to the aggrieved party. The aggrieved party may at any time within 60 days after the date notice was given under this paragraph file a petition with the United States district court for the district in which he resides or has his principal place of business for a judicial review of such denial or revocation. In a proceeding conducted under this subsection, the court may consider any evidence submitted by the parties to the proceeding. If the court decides that the Secretary was not authorized to deny the application or to revoke the license, the court shall order the Secretary to take such action as may be necessary to comply with the judgment of the court.

649 F.2d 463, *; 1980 U.S. App. LEXIS 14229, **;
61 A.L.R. Fed. 496

view should clearly set forth in the complaint those findings which he intends to challenge. Cf. Trailer City, Inc. v. Board of Adjustment, 218 N.W.2d 645, 647-48 (Iowa 1974). Moreover, the petitioner should identify in the administrative record or allege with particularity the additional facts or evidence which he regards as casting substantial doubt upon the Secretary's findings.

5.   In those cases in which the trial court exercises its discretion to admit additional evidence, it may chose to receive the evidence in the form of affidavits rather than testimony, at least in those cases in which no substantial credibility questions are presented. See Prino v. Simon, 606 F.2d 449 (4th Cir. 1979).

[**11]   Because even if the district court chooses not to receive additional evidence, its review is de novo, the decision of the Secretary is not necessarily "clothed . . . with any presumption of correctness or other advantage." Weidner v. Kennedy, 309 F. Supp. 1018, 1019 (C.D.Cal.1970). The ultimate decision as to the law and the facts remains with the trial judge. However, the district court, consistent with its obligation to review the matter de novo, may accord [*467] the Secretary's findings such weight as it believes they deserve in light of the evidence in the administrative record and the evidence, if any, the district court receives to supplement that record. In this sense, the Secretary's decision may be upheld when the trial court concludes in its own judgment that the evidence supporting the decision is "substantial." [6]

6.   It is sometimes said that *"de novo"* means an independent determination by the court in which no deference is given or may be given to any prior determination of the controversy. See United States v. Raddatz, 447 U.S. 667, 689, 100 S. Ct. 2406, 2419, 65 L. Ed. 2d 424 (1980) (Stewart, J., dissenting). See also Weidner v. Kennedy, *supra* 309 F. Supp. at 1019. Although the term may have that import, the majority opinion in Raddatz illustrates that the term does not always have that meaning. See also 7 U.S.C. § 499g(c) (review in the district court of reparation orders of the Secretary of Agriculture under the Perishable Agricultural Commodities Act "shall be a trial de novo and shall proceed in all respects like other civil suits for damages, except that the findings of fact and order . . . of the Secretary shall be prima-facie evidence of the facts therein stated").

[**12]

Once the district court has reviewed the decision of the Secretary, the role of the appellate court is limited. It may review as in any other action the judgment of the district court to insure that it correctly applied the law including the appropriate scope of review. The district court's findings as to the facts, however, may not be upset unless clearly erroneous. Fed.R.Civ.P. 52(a); see Prino v. Simon, 606 F.2d 449, 451 (4th Cir. 1979). Moreover, at least arguably an appeals court may review a district court's decision not to receive additional evidence for abuse of discretion.

In summary, we hold that  18 U.S.C. § 923(f)(3) requires that the district court undertake de novo review of the decision of the Secretary. That review may be confined to the administrative record or may be supplemented by the admission of additional evidence. In either event, although the trial court need not accord any particular weight to the Secretary's findings and decision, it may, in the exercise of its discretion, accord them such weight as it believes they deserve. The district court's findings of fact will not be disturbed on appeal unless clearly erroneous.

III.

Applying these standards to [**13]  the present case, we find no error in the district court's entry of judgment in favor of the Secretary. The evidence before the district court consisted of the record of the proceedings before the Secretary and the conclusory affidavit of the plaintiff's president, Kenneth Stein, denying that the plaintiff willfully violated the Gun Control Act or regulations. The administrative record contains considerable evidence of the plaintiff's repeated and consistent violation of the bookkeeping and other requirements imposed pursuant to the Act. This evidence was uncontested by the plaintiff either in the proceedings before the Secretary or in the affidavit submitted to the district court. There is simply no doubt that the plaintiff is chargeable with numerous violations to the Gun Control Act and the Secretary's regulations. The only substantial issue before the district court was, as in most actions brought pursuant to 18 U.S.C. § 923(f)(3), whether those violations were willful.

The district court correctly applied the legal definition of willfulness as that term is used in  18 U.S.C. § 923(d)(1)(C). The statute does not require bad purpose or evil motive before a license may be revoked [**14]  or a renewal application denied. The Secretary need only " "prove that the petitioner knew of his legal obligation and purposefully disregarded or was plainly indifferent to the recordkeeping requirements.' " Lewin v. Blumenthal, 590 F.2d 268, 269 (8th Cir. 1979) (quoting Shyda v. Director, 448 F. Supp. 409, 415 (M.D.Pa.1977)); cf. Prino v. Simon, 606 F.2d 449, 451 (4th Cir. 1979). See also Goodman v. Benson, 286 F.2d 896, 900 (7th Cir. 1961) ("if a person 1) intentionally does an act which is

deciding the case on the basis of the evidence in the administrative record.

The judgment of the district court is AFFIRMED.

**DISSENT BY:** SWYGERT

**DISSENT**

SWYGERT, Circuit Judge, dissenting.

The majority leaves Stein's, Inc. and others similarly situated vulnerable to capricious and arbitrary licensing decisions of the Administrator of the Bureau of Alcohol, Tobacco and Firearms without meaningful judicial review, contrary to 18 U.S.C. § 935(f)(3) and Congress's expressed intent. In the case before us, the district court should have conducted a de novo review which would have afforded Kenneth Stein, owner of Stein's, Inc., an opportunity to testify and perhaps offer other evidence on [**19] the question of intent.

Apart from the revocation of its license to deal in firearms, Stein's previously had no problems with law enforcement authorities. In May, 1974, the Bureau of Alcohol, Tobacco and Firearms discovered several violations during an inspection. In July, 1974, another inspection was conducted by Agent David Bateman. Despite finding violations, Bateman recommended renewal of Stein's license; he also gave Kenneth Stein copies of the relevant statute and regulations and explained correct procedures to him. An admonitory letter was sent.

In late October of 1975, Bateman contacted Stein prior to conducting a recall inspection and inquired about the completion of an inventory. Because Stein misunderstood Bateman's previous instructions, the inventory had not been completed. Apparently, Stein believed that the company's record books had to be approved prior to the inventory. By November 4, the inventory was completed, and the violations discovered during the previous inspection were corrected. Agent Bateman testified that, in the course of three inspections in two years, Stein and his employees fully cooperated and that they made an effort to comply with the law.

A year [**20] later Stein's was again inspected. An initial inspection occurred on November 29 and 30, 1976, and a follow-up inspection on January 7, 1977; both were conducted by Agent Michael Crump. Crump found many violations, most involving recordkeeping, although a pawned handgun was found to have been returned to "someone under twenty-one years old" in violation of 27 C.F.R. § 178.99(b). In addition, the inventory was inaccurate. Another admonitory letter was sent, but license renewal was recommended and granted. Crump testified that out of approximately one thousand firearms transactions engaged in by Stein's, only twen-

ty-five to thirty recordkeeping violations were found. He also did not find a pattern of deceit.

Finally, in September and October of 1977, Stein's was again inspected, this time by Agent Michelle Dunn. The inspection occurred shortly after Stein's had changed locations. Stein explained that many of the admittedly numerous violations cited by Dunn resulted from the business's then-recent move and the attendant disruption of its records and inventory. Nevertheless, Dunn noted every violation she found. [1] In her zeal, she also noted a violation which later was shown not to [**21] exist. She cited a shortage in the inventory, but at the hearing, Dunn acknowledged that there actually was no such shortage. Dunn also stated that no criminal violations were found.

> 1.   Many of the violations cited by Dunn were extremely minor. For example, if an address which was obviously in Milwaukee omitted that fact or a zip code was not shown, a violation was noted.

[*470]   Agent Dunn's recommendation to deny renewal of Stein's license was accepted by Regional Administrator David Chupp. Appended to the Notice of Denial form were five typewritten pages explaining the "reasons" for the denial. More than two of the five pages consisted of quotations of the pertinent provisions of the statute and regulations. Another two and one-half pages were devoted to reciting the inspection history summarized above. Finally, the Administrator stated:

> In view of the enumerated violations, and, in particular, the recurring violations of 18 U.S.C. § 922(m), 18 U.S.C. § 923(g), 27 C.F.R. § 178.124(c), and [**22] 27 C.F.R. § 178.125(e), you have demonstrated a careless and willful disregard of the provisions of Chapter 44, Title 18, U.S.C., and the Regulations issued thereunder.

Because of the detrimental impact of this decision upon its business, Stein's invoked its right to a hearing. The hearing was held on April 4, 1978. Agents Dunn, Crump, and Bateman testified for the Government and the inspection reports and other documents were introduced. Stein's was represented by counsel and Kenneth Stein testified in its behalf.

Stein acknowledged that there were problems, especially in Stein's recordkeeping. He attributed these problems to his and the employees' misunderstanding of the law, to human error, and, as to the violations found dur-

649 F.2d 463, *; 1980 U.S. App. LEXIS 14229, **;
61 A.L.R. Fed. 496

the requirements that the violations be willful and that judicial review be de novo are meaningless. This court may not substitute considerations of judicial economy for those requirements. This case illustrates the reason the requirements were enacted by Congress and the abuses which result when they are not satisfied.

I would reverse and direct the district court to conduct [**28] a de novo review, including an evidentiary hearing, in accordance with 18 U.S.C. § 923(f)(3).