UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, WEST VIRGINIA
- Charleston -

UNCLE SAM'S LOANS, INC.,

          Petitioner,

v.                                                    Case No.: 2:16-cv-12549
                                                    Judge John T. Copenhaver, Jr.

U.S. DEPARTMENT OF JUSTICE, Bureau of
Alcohol, Tobacco, Firearms and Explosives and
ADAM P. ROGERS, Director, Industry
Operations, Louisville Field Division

          Respondent.

## NOTICE OF VOLUNTARY
## DISMISSAL OF PETITION OF APPEAL

      Comes now Uncle Sam's Loans, Inc. by its counsel James M. Cagle and provides notice of Petitioner's voluntary dismissal of the petition of appeal filed with this Court on December 23, 2016. In further support Petitioner states:

      1.      No response to this Petition has been made and none is anticipated.

      2.      Undersigned counsel has previously communicated with counsel for Respondent, Mark Lowney, ATF Louisville Field Division indicating to Mr. Lowney that this dismissal was to be filed.

      3.      Ownership of Petitioner has changed, thereby rendering moot any need to appeal and any issue raised herein.

1

WHEREFORE, Petitioner voluntarily dismisses the Petition of Appeal and moves that the Court remove this action from the Court's docket.

/s/ James M. Cagle
James M. Cagle (WV Bar No. 580)
1018 Kanawha Boulevard, East
1200 Boulevard Tower
Charleston, West Virginia 25301
Email: caglelaw@aol.com
Phone: (304) 342-3174
Fax: (304) 342-0448

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT, WEST VIRGINIA
# - Charleston -

UNCLE SAM'S LOANS, INC.,

        Petitioner,

v.                                                      Case No.: 2:16-cv-12549
                                                      Judge John T. Copenhaver, Jr.

U.S. DEPARTMENT OF JUSTICE, Bureau of
Alcohol, Tobacco, Firearms and Explosives and
ADAM P. ROGERS, Director, Industry
Operations, Louisville Field Division

        Respondent.

## CERTIFICATE OF SERVICE

The undersigned, Counsel for Uncle Sam's Loans, Inc., does hereby certify that a true and correct copy of the ***Notice of Voluntary Dismissal of Petition of Appeal*** was electronically filed and sent via email to Mark Lowney, ATF on this the 24th day of January, 2017.

                                                /s/ James M. Cagle
                                                James M. Cagle (WV Bar No. 580)
                                                1018 Kanawha Boulevard, East
                                                1200 Boulevard Tower
                                                Charleston, West Virginia 25301
                                                Email: caglelaw@aol.com
                                                Phone: (304) 342-3174
                                                Fax: (304) 342-0448